**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) ) ) ) ) ) ) )   Case No. 4:25-mc-1122 |

**PETITIONER OVIK MKRTCHYAN'S
*EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Petitioner Ovik Mkrtchyan, pursuant to 28 U.S.C. § 1782, respectfully applies *ex parte* to this Court for an order authorizing him to take discovery from Respondent Stephen P. Payne and Payne's affiliated companies—Respondents Linden Strategies, LLC, Linden Energy, LLC, Linden Energy Holdings, Inc., and American LNG Services, LLC—for use in foreign legal proceedings in the courts of England.

In support of this application, Mkrtchyan submits the accompanying memorandum of law, Mkrtchyan's declaration and supporting documents, the declaration of Ryan Hartman and supporting documents, the declaration of Nigel Tait (Solicitor in the Senior Courts of England and Wales and Mkrtchyan's counsel in English proceedings) and supporting documents, and copies of the proposed subpoenas. The proposed subpoenas direct Respondents to provide documents and deposition testimony for use in pending and contemplated proceedings in the courts of England.

Mkrtchyan's application satisfies the statutory requirements of Section 1782 because Respondents reside or are otherwise found in the Southern District of Texas, the discovery sought by Mkrtchyan is for use in the pending and contemplated foreign proceedings, and Mkrtchyan is an "interested person" as the claimant in those proceedings. In addition, the discretionary factors

identified by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) favor authorizing the requested discovery.

    Accordingly, Mkrtchyan respectfully requests that the Court grant his application and permit him to serve subpoenas on Respondents. A proposed order is attached.

Dated: June 16, 2025

Respectfully submitted,

/s/ *Ryan P. Hartman*
Ryan P. Hartman (Attorney-in-Charge)
Tex. Bar 24050727 / S.D. Tex. Bar 608056
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: (713) 576-2438
Email: Ryan.Hartman@arnoldporter.com

*Attorneys for Petitioner Ovik Mkrtchyan*