**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| )<br>IN RE APPLICATION OF OVIK )<br>MKRTCHYAN FOR AN ORDER TO )<br>TAKE DISCOVERY FOR USE IN )<br>FOREIGN PROCEEDINGS PURSUANT TO )<br>28 U.S.C. § 1782 )<br>) | Case No. <u>4:25-mc-01122</u> |

**DECLARATION OF RYAN HARTMAN**

Pursuant to 28 U.S.C. § 1746, I, Ryan Hartman, declare as follows:

1.      I am an attorney duly admitted to practice in Texas and before this Court.  I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Petitioner Ovik Mkrtchyan (the "Petitioner") in this matter.

2.      I submit this declaration in support of Petitioner's Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application").  This declaration is based on my personal knowledge unless indicated otherwise.

3.      On information and belief, Respondent Payne resides in Fort Bend County, Texas. Attached as **Exhibit 1** is a true and correct copy of Fort Bend County Appraisal District records showing that Payne maintains a homestead exemption on a residential property in Richmond, Texas.

4.      Attached as **Exhibit 2** is a true and correct copy of the "About Us" and the "Contact Us" pages of the Linden Strategies, LLC website, which I caused to be printed on June 15, 2025. These pages are available at https://lindenstrategies.com/about-us/ and https://lindenstrategies.com/contact-us/.

5.       Attached as **Exhibit 3** is a true and correct copy of Linden Strategies, LLC's

registration and other records which are maintained by, and I obtained from, the Texas Secretary

of State.

6.       Attached as **Exhibit 4** is a true and correct copy of Linden Strategies, LLC's

franchise tax account status which is maintained by, and I obtained from, the Office of the Texas

Comptroller of Public Accounts ("Texas Comptroller Office").

7.       Attached as **Exhibit 5** is a true and correct copy of Linden Energy, LLC's certificate

of status, which I obtained from Delaware's Division of Corporations.

8.       Attached as **Exhibit 6** is a true and correct copy of the "About Us" page of the

Linden Energy Holdings, Inc. website, which I caused to be printed on June 12, 2025.  This page

is available at https://linden.energy/about-us-1.

9.       Attached as **Exhibit 7** is a true and correct copy of Linden Energy Holdings, Inc.'s

registration and other records which are maintained by, and I obtained from, the Texas Secretary

of State.

10.      Attached as **Exhibit 8** is a true and correct copy of Linden Energy Holdings, Inc.'s

franchise tax account status which is maintained by, and I obtained from, the Texas Comptroller

Office.

11.      Attached as **Exhibit 9** is a true and correct copy of American LNG Services, LLC's

registration and other records which are maintained by, and I obtained from, the Texas Secretary

of State.

12.      Attached as **Exhibit 10** is a true and correct copy of American LNG Services,

LLC's franchise tax account status which is maintained by, and I obtained from, the Texas

Comptroller Office.

13.    Attached as **Exhibit 11** is a true and correct copy of the "About Radha Stirling" page of https://www.radhastirling.com/, which I caused to be printed on June 12, 2025.  This page is available at https://www.radhastirling.com/about.

14.    Attached as **Exhibit 12** is a true and correct copy of a page from https://www.radhastirling.com/ titled "UAE Golden Visa holder seized by special forces," which I caused to be printed on June 12, 2025.    This page is available at https://www.radhastirling.com/single-post/uae-golden-visa-holder-seized-by-special-forces.


I declare under penalty of perjury that the foregoing is true and correct.   Executed on June 16, 2025.

_____
Ryan Hartman