# Exhibit 1

# 🔖 Property Details

| Account | | |
|---|---|---|
| **Quick Ref ID:** | R37735 | **Geographic ID:** 0075-00-000-0200-901 |
| **Type:** | Real Residential | **Zoning:** |
| **Property Use:** | | **Condo:** |
| **Location** | | |
| **Situs Address:** | 6806 Country LN, Richmond, TX 77406 | |
| **Map ID:** | A-049-B, A-049-C | **Mapsco:** |
| **Legal Description:** | 0075 RAND AND PENN, TRACT 20 (Pt), ACRES 4.001 | |
| **Abstract/Subdivision:** | 0075 - RAND AND PENN | |
| **Neighborhood:** | 5958 | |
| **January 1 Owner** ❓ | | |
| **Owner ID:** | O0881784 | |
| **Name:** | Payne Stephen P & Giovanna Flores | |
| **Agent:** | | |
| **Mailing Address:** | 6806 Country LN N<br>Richmond, TX 77406-8771 | |
| **% Ownership:** | 100.00% | |
| **Exemptions:** | HS - Homestead<br>For privacy reasons not all exemptions are shown online. | |

# 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $1,530,655 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $361,221 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| | |
| **Value Method:** | COST |

| | |
|---|---|
| **Market Value:** | $1,891,876 (=) |
| **Agricultural Value Loss:**❓ | $0 (-) |
| | |
| **HS Cap Loss:** ❓ | $0 (-) |
| **CB Cap Loss:** ❓ | $0 (-) |
| | |
| **Appraised Value:**❓ | $1,891,876 |
| **Ag Use Value:** | $0 |

**The deadline to protest this property is May 15, 2025**

**Values displayed are 2025 preliminary values and are subject to change prior to certification.**

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** Payne Stephen P & Giovanna Flores **%Ownership:** 100.00%

| Entity | Description | Market Value | Taxable Value |
|---|---|---|---|
| C04 | City of Fulshear | $1,891,876 | $1,627,013 |
| D01 | Fort Bend Drainage | $1,891,876 | $1,513,501 |
| G01 | Fort Bend General | $1,891,876 | $1,513,501 |
| R05 | Fort Bend ESD 4 | $1,891,876 | $1,891,876 |
| S01 | Lamar CISD | $1,891,876 | $1,791,876 |

**Total Tax Rate:** 0.000000