# Exhibit 2



ABOUT US | SERVICES

CLIENT LOGIN | CONTACT US

**Linden**
STRATEGIES

# About Us

## Who We Are

Linden Strategies is a government relations and business development firm providing strategic analysis and advisory to domestic and international clients, including sovereign nations. Our team of experts has a vast wealth of experience across government and commercial enterprise and our clients span the globe.

We specialize in government relations, strategic communications, business advisory, and political consulting.

### Our Areas of Expertise

- Sovereign Representation
- International Trade Policy & Negotiation
- Legislative and Regulatory Policy
- Energy Development & Consulting

- Infrastructure Development & Consulting
- Foreign Market Access
- U.S. / International Partnerships
- Global Communications

## Contact us for more information about our services, our team, and our history of success.

CONTACT US

Copyright © 2017 Linden Strategies, LLC



ABOUT US | SERVICES                    CLIENT LOGIN | CONTACT US

# Contact Us

## Main Office: +1 (713) 783-7783

## For Media Enquiries: +1 (202) 869-2070

5120 Woodway Drive, Suite 5004
Houston TX 77056

