# Exhibit 3

**Form 205**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $300**



### Certificate of Formation
### Limited Liability Company

This space reserved for office use.

**F I L E D**
In the Office of the
Secretary of State of Texas

**MAY 26 2017**

**Corporations Section**

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company.  The name of the entity is:

Linden Strategies, LLC
_____
The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☑ A.  The initial registered agent is an organization (cannot be entity named above) by the name of:

Capitol Corporate Services, Inc.
_____

**OR**

☐ B.  The initial registered agent is an individual resident of the state whose name is set forth below:

_____
*First Name*           *M.I.*        *Last Name*                        *Suffix*

C.  The business address of the registered agent and the registered office address is:

206 E 9th St, Ste 1300            Austin                TX      78701
*Street Address*                  *City*                *State*  *Zip Code*

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A.  The limited liability company will have managers. The name and address of each initial manager are set forth below.

☑ B.  The limited liability company will not have managers.  The company will be governed by its members, and the name and address of each initial member are set forth below.

| **GOVERNING PERSON 1** |
| --- |
| **NAME** (Enter the name of either an individual or an organization, but not both.) |

**IF INDIVIDUAL**

Stephen                               Payne
_____
*First Name*           *M.I.*        *Last Name*                        *Suffix*
**OR**
**IF ORGANIZATION**

_____
*Organization Name*
**ADDRESS**
5120 Woodway Drive, Suite 5004        Houston            TX    USA    77056
*Street or Mailing Address*           *City*            *State*  *Country*  *Zip Code*

Form 205

**RECEIVED**    4

**MAY 26 2017**

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)
**IF INDIVIDUAL**

| _First Name_ | _M.I._ | _Last Name_ | | | _Suffix_ |

**OR**

**IF ORGANIZATION**

_Organization Name_
**ADDRESS**

| _Street or Mailing Address_ | _City_ | _State_ | _Country_ | _Zip Code_ |

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)
**IF INDIVIDUAL**

| _First Name_ | _M.I._ | _Last Name_ | | | _Suffix_ |

**OR**

**IF ORGANIZATION**

_Organization Name_
**ADDRESS**

| _Street or Mailing Address_ | _City_ | _State_ | _Country_ | _Zip Code_ |

## Article 4 -- Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer:

Stephen Payne
_Name_

| 5120 Woodway Drive, Suite 5004 | Houston | TX | 77056 |
| _Street or Mailing Address_ | _City_ | _State_ | _Zip Code_ |

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:  5/25/17

_Signature of organizer_

Stephen Payne
_Printed or typed name of organizer_



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jane Nelson
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# Linden Strategies, LLC

File Number   :  802732959                   Certificate / Charter forfeited   :  March 10, 2023

The Secretary of State finds that:

1.  The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2.  The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Jane Nelson
Secretary of State

# Texas Franchise Tax Public Information Report

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102 (Rev.9-11/30)
Comptroller of Public Accounts FORM

■ **Tcode** 13196 Franchise

■ **Taxpayer number** 3 2 0 6 3 8 7 7 1 2 3

■ **Report year** 2 0 2 3

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

**Taxpayer name**  LINDEN STRATEGIES, LLC

**Mailing address**  6806 COUNTRY LN N

**City** RICHMOND  **State** TX  **ZIP Code** 77406  **Plus 4**

**Secretary of State (SOS) file number or Comptroller file number**  0802732959

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**

**Principal place of business**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206387712323

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| **LOGAN SOMERA** | **MEMBER** | ○ YES | | | | | |
| Mailing address 6806 Country Lane North | City Richmond | State TX | | ZIP Code 77406 | | | |
| Name | Title | ○ YES | | Term expiration | | | |
| Mailing address | City | State | | ZIP Code | | | |
| Name | Title | ○ YES | | Term expiration | | | |
| Mailing address | City | State | | ZIP Code | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

**Registered agent and registered office currently on file.**  *(see instructions if you need to make changes)*   ○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:** CAPITOL CORPORATE SERVICES, INC.

**Office:** 1501 S MOPAC EXPY STE 220  **City** AUSTIN  **State** TX  **ZIP Code** 78746

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here ▶** Logan Somera  **Title** Electronic  **Date** 07-27-2023  **Area code and phone number** ( 832 ) 571 - 6091

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○