# Exhibit 4

# FRANCHISE TAX ACCOUNT STATUS

This record as of June 14, 2025 at 16:24:50

# LINDEN STRATEGIES, LLC

| | |
|---|---|
| **Texas Taxpayer Number:** | 32063877123 |
| **Mailing Address:** | 6806 COUNTRY LN N RICHMOND, TX 77406 - 8771 |
| **Right to Transact Business in Texas:** | FRANCHISE TAX INVOLUNTARILY ENDED |
| **State of Formation:** | TX |
| **SOS Registration Status (SOS status updated each business day):** | INACTIVE |
| **Effective SOS Registration Date:** | 05/26/2017 |
| **Texas SOS File Number:** | 0802732959 |
| **Registered Agent Name:** | CAPITOL CORPORATE SERVICES, INC. |
| **Registered Office Street Address:** | 1501 S MOPAC EXPY STE 220 AUSTIN, TX 78746 |

## Public Information Report for Year 2023

| Title | Name and Address |
|---|---|
| MEMBER | **LOGAN SOMERA** 6806 COUNTRY LANE NORTH RICHMOND, TX 77406 |