# Exhibit 5

# Delaware
## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION OF "LINDEN ENERGY, LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF JUNE, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME CANCELED THE FIRST DAY OF JUNE, A.D. 2025, BY REASON OF ITS NEGLECT, REFUSAL, OR FAILURE TO PAY ITS ANNUAL TAXES.



Charuni Patibanda-Sanchez, Secretary of State

5351224  8420
SR# 20253068888

Authentication: 203945049
Date: 06-13-25

You may verify this certificate online at corp.delaware.gov/authver.shtml