# Exhibit 6



## ABOUT US

### Linden Energy Holding

Linden Energy Holding is a U.S.-based, internationally focused energy development company. Founded in 2013 by Stephen Payne, Linden has projects under development in Europe, Eastern Europe, and South Asia.

## LINDEN ENERGY TEAM



### Stephen Payne - President & Chief Executive Officer

Mr. Payne has over 25 years of Governmental Affairs, Public Relations, and Energy Consulting experience. He has provided government affairs representation to the countries of Pakistan, Azerbaijan, and the UAE as well as corporations such as JP Morgan, SAP Software, Continental Airlines, Boeing, Lockheed Martin among many others.

During his long career in energy consulting, Mr. Payne has negotiated over 27 mtpa of LNG sales and been instrumental in the development of several large LNG export projects in the United States, as well as helping pass the laws written in 2012 allowing for the export of US LNG from deepwater ports. He has also represented Yukos, Tatneft Oil, and Itera Gas in their development of various international projects. He also represented the Government of Turkmenistan in re-assembling a consortium of nations and international firms to build a natural gas pipeline from Turkmenistan to Pakistan. Mr. Payne coordinated the project and organized a trilateral summit between the Presidents of Turkmenistan, Afghanistan, and Pakistan that produced a memorandum of understanding regarding the TAPI pipeline, restoring the project's viability after years of dormancy. As an expert in the energy industry, Mr. Payne is frequently asked to comment on a wide variety of issues by major print and online media publications and led the NATO to think tank conference panel discussion on energy security in Riga, Latvia. He also chaired a NATO Future Leaders Forum comprised of leaders from thirty-five NATO member and partner countries. Additionally, in 2016, Linden Energy committed to 10% of the capacity of the Gas Interconnector Greece-Bulgaria (IGB) pipeline in 2016 which he plans to use to diversify gas supply in Bulgaria.

Prior to his consulting work, Mr. Payne also previously served in several capacities during President Bush's campaigns as well as roles in Senator Kay Bailey Hutchinson's office, and at the Texas State Capitol. Mr. Payne has served as a Board Member of the National Defense University Foundation, was Deputy Director and Congressional Liaison of the 2001 Presidential Inaugural Committee, and served on the Department of Homeland Security Advisory Committee.

— Show Less

# LINDEN ENERGY ADVISORY BOARD





### Humberto Sirvent - Advisory Board Member

Mr. Sirvent has 13 years of experience and a strong background as an energy investment banker concentrating on E&P, oilfield services, power and renewables. Over the past five years he has participated in M&A and has raised capital or originated $1.8 billion worth of projects in the energy sector.

Humberto Sirvent is currently CEO/ Managing Partner of Arb Energy and Locin Oil Corporation which operates and owns over 200,000 acres and 350 producing gas wells which 77 are currently producing helium as well.

Humberto Sirventrecently co-sponsored a $172.5mm SPAC that trades on the Nasdaq under CENQU Corp with Benjamin Salinas, Vice Chairman of Grupo Salinas. Mr. Sirvent'svaluable work expertise includes Institutional Credit and Wealth Management at Merrill Lynch and UBS Financial Services for over ten years, where he managed over $2.5 billion of client assets. He is also a coowner of Clearinghouse Securities, LLC

— Show Less

### Fred Zeidman - Advisory Board Member

Fred Zeidman is Chairman of WoodRock &amp; Co., a full service investment banking firm. He served as Chairman and CEO of Good Works Acquisition Corp. until it's sale to Cipher Mining and is currently Chairman of Good Works Acquisition Corp.II. both publicly held SPACs. Mr. Zeidman formerly served as Chairman of Gordian Group LLC, a U.S. investment bank specializing in board level advice in complex, distressed or "story" financial matters.

Mr. Zeidman is Co-Chair and Director of Council for a Secure America (CSA), an organization dedicated to promoting United States energy independence and its impact on United States foreign policy.

Mr. Zeidman, Chairman Emeritus of the United States Holocaust Memorial Council was appointed by President George W. Bush in March 2002 and served in that position from 2002-2010. A prominent Houston based business and civic leader; Mr. Zeidman also is Chairman Emeritus of the University of Texas Health Science System Houston. He is formerly National Chairman of the Development Corp of Israel Campaign (Israel Bonds) and served on the Board of the National World War II Museum.

Over the course of his distinguished 50-year career, Mr. Zeidman has been involved in numerous high-profile workouts, restructurings and reorganizations. He was the former CEO, President and Chairman of Seitel, Inc., a Houston-based onshore seismic data provider where he was instrumental in the successful turnaround of the Company. He served as lead Director of Straight Path Communications, Inc. until its sale to Verizon in 2018. Director of REMA a division of NRG Corp. and he further serves on the board of Prosperity Bank and was formerly Restructuring Officer of TransMeridian Exploration Inc. and Chief Bankruptcy Trustee of AremisSoft Corp. He held the post of Chairman of the Board and CEO of Unibar Corporation, the largest domestic independent drilling fluids company, until its sale to Anchor Drilling Fluids in 1992.

Mr. Zeidman holds a Bachelor's degree from Washington University in St. Louis and a Master's in Business Administration from New York University.

— Show Less



# LINDEN ENERGY HOLDING

A Linden Company

## CONTACT US

Name

Email*

Message

Send

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

### Linden Energy Holding

700 Milam Suite 1300, Houston TX, 77002

### Hours

Open today  09:00 am – 05:00 pm

Copyright © 2024 Linden Energy - All Rights Reserved.