# Exhibit 7

| Form 301<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $750 | <br><br>**Application for Registration of a Foreign For-Profit Corporation** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804298382 11/03/2021<br>Document #: 1091335120004<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The entity is a foreign for-profit corporation. The name of the entity is :

**Linden Energy Holdings, Inc.**

2A. The name of the corporation in its jurisdiction of formation does not contain the word "corporation," "company," "incorporated," or "limited" (or an abbreviation thereof). The name of the corporation with the word or abbreviation which it elects to add for use in Texas is:

2B. If the corporate name is not available in Texas, then set forth the name under which the corporation will qualify and transact business in Texas:

3. Its federal employer identification number is: **87337830**
☐ Federal employer identification number is not available at this time.

4. It is incorporated under the laws of: **DELAWARE, USA** and the date of its formation in that jurisdiction is:
**11/1/2021**

5. As of the date of filing, the undersigned certifies that the foreign corporation currently exists as a valid corporation under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the corporation that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.
**Energy Investments**

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: **11/01/2021**

8. The principal office address of the corporation is:
**5120 Woodway Drive, Suite 5004, Houston, TX, USA 77056-77056**

☐ 9A. The initial registered agent is an organization by the name of:

☑ 9B. The initial registered agent is an individual resident of the state whose name is:
**Paolo   Amoruso**
☑ 9C. The business address of the registered agent and the registered office address is:
**5120 Woodway Drive, Suite 5004   Houston  TX  77056-77056**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

10. The corporation hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each person on the board of directors is:

Director 1: **Ray    Leonard**
Address: **5120 Woodway Drive, Suite 5004    Houston  TX, USA  77056-77056**
Director 2: **Fred    Zeidman**
Address: **5120 Woodway Drive, Suite 5004    Houston  TX, USA  77056-77056**
Director 3: **Stephen    Payne**
Address: **5120 Woodway Drive, Suite 5004    Houston  TX, USA  77056-77056**

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **November 3, 2021**       **Paolo Amoruso**

Signature and title of authorized person on behalf of the foreign entity

FILING OFFICE COPY

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM

■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number: 3 2 0 8 1 7 5 4 7 8 3

■ Report year: 2 0 2 2

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Field | Value |
|---|---|
| Taxpayer name | LINDEN ENERGY HOLDINGS, INC. |
| Mailing address | 6806 COUNTRY LN N |
| City | RICHMOND |
| State | TX |
| ZIP Code | 77406 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0804298382 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

*Please sign below!*

3208175478322

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| Stephen Payne | President | ● YES | 1 2 3 1 2 3 |
| Mailing address: 6806 Country Lane North | City: Fulshear | State: TX | ZIP Code: 77406 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: Logan Somera
Office: 6806 Country Lane North | City: Fulshear | State: TX | ZIP Code: 77406

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ Logan Somera | Title: Electronic | Date: 03-29-2023 | Area code and phone number: ( 832 ) 571 - 6091

**Texas Comptroller Official Use Only**

VE/DE ○     PIR IND ○

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jane Nelson
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## Linden Energy Holdings, Inc.

File Number   :  804298382                    Certificate / Charter forfeited   :   March 10, 2023

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Jane Nelson
Secretary of State

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts
FORM

■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number: 3 2 0 8 1 7 5 4 7 8 3

■ Report year: 2 0 2 3

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Taxpayer name | LINDEN ENERGY HOLDINGS, INC. | | |
|---|---|---|---|
| Mailing address | 6806 COUNTRY LN N | | Secretary of State (SOS) file number or Comptroller file number |
| City | RICHMOND | State TX   ZIP Code 77406   Plus 4 | 0804298382 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3208175478323

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| Stephen Payne | President | ● YES | 1 2 3 1 2 3 |
| Mailing address: 6806 Country Lane North | City: Fulshear | State: TX | ZIP Code: 77406 |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: Logan Somera

| Office: 6806 Country Lane North | City: HOUSTON | State: TX | ZIP Code: 77406 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ Logan Somera | Title: Electronic | Date: 03-29-2023 | Area code and phone number: (832) 571-6091 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○