# Exhibit 8

# FRANCHISE TAX ACCOUNT STATUS

This record as of June 14, 2025 at 21:53:20

## LINDEN ENERGY HOLDINGS, INC.

| | |
|---|---|
| **Texas Taxpayer Number:** | 32081754783 |
| **Mailing Address:** | 6806 COUNTRY LN N RICHMOND, TX 77406 - 8771 |
| **Right to Transact Business in Texas:** | FORFEITED |
| **State of Formation:** | DE |
| **SOS Registration Status (SOS status updated each business day):** | NOT REGISTERED |
| **Effective SOS Registration Date:** | NOT REGISTERED |
| **Texas SOS File Number:** | NOT REGISTERED |
| **Registered Agent Name:** | PAOLO AMORUSO |
| **Registered Office Street Address:** | 5120 WOODWAY DRIVE, SUITE 5004 HOUSTON, TX 77056 |

## Public Information Report for Year 2023

| Title | Name and Address |
|---|---|
| PRESIDENT | **STEPHEN PAYNE** 6806 COUNTRY LANE NORTH FULSHEAR, TX 77406 |
| DIRECTOR | **STEPHEN PAYNE** 6806 COUNTRY LANE NORTH FULSHEAR, TX 77406 |