# Exhibit 9

## CERTIFICATE OF FORMATION

## OF

## AMERICAN LNG SERVICES, LLC
### (A Limited Liability Company)

**FILED**
In the Office of the
Secretary of State of Texas

**OCT 0 8 2015**

Corporations Section

### ARTICLE ONE

The name of the filing entity being formed is American LNG Services, LLC (the "Company").

### ARTICLE TWO

The filing entity being formed is a limited liability company.

### ARTICLE THREE

The purpose for which the Company is formed is any lawful purpose for which a limited liability company may be formed under the Texas Business Organizations Code.

### ARTICLE FOUR

The street address of the Company's initial Registered Office, and the name of its initial Registered Agent at that office, are as follows:

> Emilio Peña
> 2800 East Broadway
> Suite C-710
> Pearland, Texas 77581

## ARTICLE FIVE

The Company will not have Managers. The name and address of the initial Member is:

> Emilio Peña
> 2800 East Broadway
> Suite C-710
> Pearland, Texas 77581

## ARTICLE SIX

The undersigned Organizer hereby disclaims any past or future interests in or control of American LNG Services, LLC and resigns as the Organizer effective upon the formation of the Company.

IN WITNESS WHEREOF, I have hereunto set my hand this eighth day of October, 2015.

*Sharon Leal*
_____
Sharon Leal, Organizer
408 W. 17th Street, Suite 101
Austin, Texas 78701-1207
(512) 474-2002



Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Rolando B. Pablos  
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# American LNG Services, LLC

File Number : 802309063          Certificate / Charter forfeited :   January 27, 2017

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Rolando B. Pablos  
Secretary of State

| Form 801<br>(Revised 05/11) | | This space reserved for office use. |
|---|---|---|
| Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>Filing Fee: See instructions | Application for Reinstatement<br>And Request to Set Aside<br>Tax Forfeiture | FILED<br>In the Office of the<br>Secretary of State of Texas<br>OCT 12 2017<br>Corporations Section |

1. The entity name is: _American LNG Services LLC_

The entity is a foreign entity that was required to obtain its registration under a name that differs from the legal name stated above. The name under which the entity is registered is:

_____

2. The file number issued to the entity by the secretary of state is: _0802309063_

3. The entity was forfeited or revoked under the provisions of the Tax Code on: _1-27-17_
   *mm/dd/yyyy*

4. The undersigned requests that the forfeiture or revocation of the entity be set aside, and certifies that:
a. The entity has filed each delinquent report that is required by chapter 171 of the Tax Code and has made payment for the tax, penalty, and interest imposed and that is due at the time of this application as evidenced by the attached tax clearance letter; and
b. On the date of forfeiture or revocation, the undersigned person was:
- an officer, director or shareholder of the above-named for-profit or professional corporation; or
- an officer, director, shareholder or member of the above-named professional association; or
- an officer, director, or member of the above-named nonprofit corporation; or
- a member or manager of the above-named limited liability company; or
- a partner of the above-named limited partnership; or
- a trustee or beneficial owner of the above-named statutory or business trust.

### Additional Required Documentation or Filings

[X] Comptroller of Public Accounts Tax Clearance Letter
[ ] Letter of Consent or Amendment to Certificate of Formation or Registration (Required when entity name is no longer available.)

### Execution

The undersigned declares under penalty of perjury, and the penalties imposed by law for the submission of a materially false or fraudulent instrument, that the undersigned is authorized to make this request; that the statements contained herein are true and correct, and that tax clearance was not obtained by providing false or fraudulent information.

Date: _10-10-17_

BY: _American LNG Services LLC_

_Steve Payne_
Signature of authorized person (see instructions)

_STEVE PAYNE_
Printed or typed name of authorized person

RECEIVED
OCT 12 2017
Secretary of State

Form 801    3



**GLENN HEGAR**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13628 · Austin, TX 78711-3628

October 9, 2017

AMERICAN LNG SERVICES, LLC
1126 W 16TH ST UNIT A
HOUSTON TX 77008-3557

## Tax Clearance Letter for Reinstatement*

To: Texas Secretary Of State
    Corporations Section

Re: AMERICAN LNG SERVICES, LLC
    Taxpayer number: 32056519508
    File number: 0802309063
    Date of Forfeiture: 01/27/2017

The referenced entity has met all franchise tax requirements and is eligible for reinstatement through 05/15/2018.

Stephanie Lockhart
Franchise Tax Section
Account Maintenance Division
1-800-531-5441, ext. 3-5566

---

* *The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of this letter. After this date, additional franchise tax filing requirements must be met, and a new request for tax clearance must be submitted.*

*You can file for reinstatement online at www.sos.texas.gov/corp/sosda/index.shtml. Forms and instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.*

Form 05-377 (Rev.6-10/4)

RENCL
SL

TX2017 Ver. 8.0   05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196

■ Taxpayer number: **32058519508**

■ Report year: **2017**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: **AMERICAN LNG SERVICES, LLC**

☐ Check box if the mailing address has changed.

Mailing address: **1126 2 16TH ST UNIT A**
City: **HOUSTON**   State: **TX**   ZIP Code plus 4: **77008**

Secretary of State (SOS) file number or Comptroller file number: **802309063**

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **1126 2 16TH ST UNIT A, HOUSTON, TX 77008**
Principal place of business: **1126 2 16TH ST UNIT A, HOUSTON, TX 77008**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

3205851950817

### SECTION A
Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| STEPHEN PAYNE | President | ☒ YES | |
| Mailing address: 1126 W 16TH ST | City: HOUSTON | State: TX | ZIP: 77008 |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

### SECTION B
Enter information for each corporation, LLC, LP, PA, or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C
Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent: **BRIAN ETTINGER ATTY-AT-LAW**
Office: **5120 WOODWAY DR STE 5004**   City: **HOUSTON**   State: **TX**   ZIP: **77056**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ *[signature]*   Title: *President*   Date: **8/28/17**   Area code and phone number: **(713) 805-7374**



VE/DE ☐   PIR IND ☐

1032

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts FORM

Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

**Taxpayer number:** 32058519508

**Report year:** 2018

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

**Taxpayer name:** AMERICAN LNG SERVICES, LLC
**Mailing address:** 1126 W 16TH ST UNIT A
**City:** HOUSTON  **State:** TX  **ZIP Code:** 77008  **Plus 4:**
**Secretary of State (SOS) file number or Comptroller file number:** 0802309063

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 1126 W 16TH ST, Houston, TX
**Principal place of business:** 1126 W 16TH ST, Houston, TX

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205851950818

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| STEPHEN PAYNE | DIRECTOR | ● YES | |
| Mailing address: 1126 W 16TH ST | City: HOUSTON | State: TX | ZIP Code: 77008 |
| STEPHEN PAYNE | PRESIDENT | ○ YES | |
| Mailing address: 1126 W 16TH ST | City: HOUSTON | State: TX | ZIP Code: 77008 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:** Brian Ettinger
**Office:** 5120 Woodway Drive, Suite 5004  **City:** Houston  **State:** TX  **ZIP Code:** 77056

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here:** Joseph Fleming  **Title:** Electronic  **Date:** 01-21-2019  **Area code and phone number:** (713) 783-7783

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
# of
# American LNG Services, LLC

File Number : 802309063            Certificate / Charter forfeited :   February 28, 2020

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Ruth R. Hughs
Secretary of State