# Exhibit 10

# FRANCHISE TAX ACCOUNT STATUS

This record as of June 14, 2025 at 21:57:02

# AMERICAN LNG SERVICES, LLC

| | |
|---|---|
| **Texas Taxpayer Number:** | 32058519508 |
| **Mailing Address:** | 1126 W 16TH ST UNIT A HOUSTON, TX 77008 - 3557 |
| **Right to Transact Business in Texas:** | FRANCHISE TAX INVOLUNTARILY ENDED |
| **State of Formation:** | TX |
| **SOS Registration Status (SOS status updated each business day):** | INACTIVE |
| **Effective SOS Registration Date:** | 10/08/2015 |
| **Texas SOS File Number:** | 0802309063 |
| **Registered Agent Name:** | EMILIO PEQA |
| **Registered Office Street Address:** | 2800 EAST BROADWAY, STE C-710 PEARLAND, TX 77581 |

## Public Information Report for Year 2018

| Title | Name and Address |
|---|---|
| DIRECTOR | **STEPHEN PAYNE** 1126 W 16TH ST HOUSTON, TX 77008 |
| PRESIDENT | **STEPHEN PAYNE** 1126 W 16TH ST HOUSTON, TX 77008 |