**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

IN RE APPLICATION OF OVIK )
MKRTCHYAN FOR AN ORDER TO )
TAKE DISCOVERY FOR USE IN ) Case No. 4:25-mc-1122
FOREIGN PROCEEDINGS PURSUANT TO )
28 U.S.C. § 1782 )
)

**ORDER GRANTING
PETITIONER'S *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of Petitioner Ovik Mkrtchyan's *x Parte* Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"), and all papers submitted in connection therewith, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application.

It is therefore ORDERED that

a. the Application is granted;

b. Petitioner is authorized to serve the proposed subpoenas attached to the Application, with return dates and times as permitted by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court (collectively, "Rules"); and

c. Respondents are directed to respond to these subpoenas pursuant to the Rules.

**SO ORDERED** on June 18, 2025

UNITED STATES DISTRICT JUDGE