# Exhibit 3

# Arnold & Porter

Ryan Hartman, Partner
+1 713.576.2438 Direct
Ryan.Hartman@arnoldporter.com

July 21, 2025

**VIA E-MAIL & COURIER**

Mr. Stephen Payne, individually and on behalf of
Linden Energy Holdings, Inc., Linden Energy, LLC,
Linden Strategies, LLC &
American LNG Services, LLC
6806 Country Lane
Richmond, TX. 77406
spayne@lindenstrategies.com

Re:   No. 4:25-mc-01122, *In re Mkrtchyan*, in the United States District Court for the Southern District of Texas

Dear Mr. Payne:

This firm represents Mr. Ovik Mkrtchyan.

As you know, on June 19, 2025, we served subpoenas on you, Linden Energy Holdings, Inc., Linden Energy, LLC, Linden Strategies, LLC, and American LNG Services, LLC. Those subpoenas called for the production of documents by 9:00 a.m. today, July 21, at my office.

We have not received anything in response to those subpoenas. I also left you a voicemail earlier today on your mobile number (832-473-6700), but have not heard from you.

If I do not hear from you by noon tomorrow, July 22, we will be required to seek the Court's intervention. We reserve the right to seek our costs and expenses, including attorneys' fees, incurred in connection with enforcement of these subpoenas, and to ask the Court to impose contempt and sanctions under applicable law.

Sincerely,

Ryan Hartman