# Exhibit 6

**From:** Hartman, Ryan
**Sent:** Tuesday, July 29, 2025 11:07 PM
**To:** Brian Ettinger <brian@brianettinger.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>
**Subject:** RE: No. 4:25-mc-01122, In re Mkrtchyan, in the U.S. District Court for the Southern District of Texas

Brian,

To clarify, you currently represent Mr. Payne regarding the subpoena to him, but you do not represent Linden Energy Holdings, Inc., Linden Strategies, LLC, Linden Energy, LLC, or American LNG Services, LLC regarding the subpoenas to them?

_____

Ryan Hartman
Partner | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438 | M: +1 832.205.6547
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Brian Ettinger <brian@brianettinger.com>
**Sent:** Tuesday, July 29, 2025 9:34 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>
**Subject:** Re: No. 4:25-mc-01122, In re Mkrtchyan, in the U.S. District Court for the Southern District of Texas

[External E-mail]

Ryan. I have asked Mr Payne to send over his doctor's report reflecting his current medical condition since he had two medical strokes. Once received this report will evaluate my representation of him. I do not represent the other parties you mentioned in your email and have never had any contact with them. It is my understanding Mr Payne is not a party to this litigation in the UK and was subpoena as a witness to produce documents he may or may not have. Will let you know the status on Mr Payne.

Brian S. Ettinger

**Law Office of Brian Ettinger, PLLC**
16360 Park Ten Place, Suite 115
Houston, Texas 77084
Office: (713) 266-1112
Fax: (713) 266-8243

On Mon, Jul 28, 2025, 10:59 PM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

1

Brian:

We have not previously spoken. Please confirm you represent the four corporate entities in addition to Mr. Payne, and let me know your availability for a call tomorrow to discuss your clients' document production.

_____

Ryan Hartman
Partner | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Steve Payne <spayne@lindenstrategies.com>
**Sent:** Monday, July 28, 2025 12:46 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Brian Ettinger <brian@brianettinger.com>
**Subject:** Re: No. 4:25-mc-01122, In re Mkrtchyan, in the U.S. District Court for the Southern District of Texas

[External E-mail]

Hi Ryan,

I have copied Brian Ettinger who you may remember from the initial communications between us on the arbitration matter. I am in the process of engaging his firm on this "London" matter and his firm will do a thorough search of our records in order to get you what was requested.

Brian will reach out to you shortly to coordinate the timing for the record search and get you the requested information.

Thanks.

Regards,

2



**Stephen Payne**
*President*
**Linden Strategies**
O: +1 713.783.7783  |  M: +1 832.473.6700
lindenstrategies.com  |  spayne@lindenstrategies.com

On Wed, Jul 23, 2025 at 9:36 PM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

Dear Mr. Payne,

Please see the attached letter in response to your email below.

_____

Ryan Hartman
Partner | Bio

Arnold & Porter

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

3

**From:** Steve Payne <spayne@lindenstrategies.com>

**Sent:** Tuesday, July 22, 2025 10:16 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Subject:** Re: No. 4:25-mc-01122, In re Mkrtchyan, in the U.S. District Court for the Southern District of Texas

External E-mail

Ryan,

Apologies for the late reply, as you know I've had several health issues and keeping track of all of this is becoming difficult. My assistant has transcribed my answers to your questions to the best of my ability and memory below:

1. All Documents and Communications exchanged with, or relating to, The London Post, 2Trom Media Group, Viktor Tokarev, Moscow Media Group, Radha Sterling, IPEX (Interpol and Extradition) Reform, Detained in Dubai, Due Process International, or any officers, directors, employees, or agents of those organizations or individuals.

    a. I do not have any documents or communication exchanged with or relating to any of the aforementioned entities or individuals.

2.    All Documents and Communications that refer to or relate to Petitioner.
a.    I have known the Petitioner for many years and I am unable to compile **ALL** documents and communications. If you could provide me with an idea of what specifically you are looking for or what you would like to see, I would be happy to comply. Additionally, all communications with/involving the Petitioner were via Uktam Aripov if that assists you in your search.

3.    All Documents and Communications that relate to any news articles, blog posts, online content, letters, investigation summaries, or reports regarding Petitioner.

a.    No. I was approached by Thomas Rowley of the International Consortium of Investigative Journalists (ICIJ) for comment with respect to a potential article he was planning to write. I neither initiated nor solicited any communication with this journalist/outlet. It is my understanding that Uktam Aripov initiated correspondence with this journalist, which subsequently led to his reaching out for comment.

4.    All Documents and Communications exchanged with, or relating to: Ulugbek Shadmanov; United Cement Group or its affiliates or subsidiaries; or the officers, directors, agents, employees, attorneys, or representatives of the foregoing, including but not limited to Stephen Akard or his firm.
a.    I have never spoken with any of the aforementioned individuals or their affiliates. The only context by which I was introduced to the name Ulugbek Shadmanov and United Cement Group is via Uktam Aripov as early as 2022 or 2023. I do not know and have never known anyone by the name of Stephen Akard.

4

5.      All Documents and Communications relating to Petitioner's detention in Uzbekistan, plans to detain Petitioner and/or charge Petitioner with crimes, or a desire to detain Petitioner and/or charge Petitioner with crimes.
a.      I have never pursued, nor have I been involved in planning the detention of the Petitioner. Additionally, I have never been involved in any plan or plans to charge Petitioner with crimes, nor do I have any desire or ability to charge Petitioner with any crimes in a foreign country, Uzbekistan or otherwise.
b.      Furthermore it is my understanding that I played a bigger role in the Petitioner's release than any other party involved in the release, including your firm, Arnold and Porter.

6.      All Documents and Communications reflecting any monetary or other compensation offered to, promised to, or received by You for activities that relate to Petitioner.
a.      See Exhibit A attached.

7.      All Documents and Communications relating to any letter You sent in 2024 or 2025 regarding Petitioner.
a.      To my knowledge, the Petitioner is already in possession of documents responsive to your request. As outlined in previous communications with Uktam Aripov. Please provide a more specific description of the documents you are requesting so as to not provide duplicates.

Regards,

Stephen Payne
*President*
**Linden Strategies**
O: +1 713.783.7783  |  M: +1 832.473.6700
lindenstrategies.com  |  spayne@lindenstrategies.com

On Mon, Jul 21, 2025 at 5:54 PM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

5

Dear Mr. Payne,

Please see the attached letter in connection with the above-referenced matter.

_____

Ryan Hartman
Partner | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com