IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) ) ) ) ) ) ) |
|  | Case No. 4:25-mc-1122 |
|  | Hon. Judge Lee H. Rosenthal |
| OVIK MKRTCHYAN, Petitioner | ) ) ) ) |
| v. | ) ) |
| STEPHEN P. PAYNE, SR., LINDEN STRATEGIES, LLC, LINDEN ENERGY, LLC, LINDEN ENERGY HOLDINGS, INC. & AMERICAN LNG SERVICES, LLC, Respondents. | ) ) ) ) ) ) ) ) |

**ORDER GRANTING
PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM RESPONDENTS**

Petitioner Ovik Mkrtchyan has filed a Motion to Compel Production of Documents from Respondents Stephen P. Payne, Sr., Linden Strategies, LLC, Linden Energy, LLC, Linden Energy Holdings, Inc., and American LNG Services, LLC (collectively, "Respondents"). The Motion concerns five subpoenas duces tecum that were issued on June 18, 2025 (the "Subpoenas"), one to each Respondent, and served on them the next day.

After considering the Motion and its file in this matter, the Court is of the opinion that the Motion should be and hereby is GRANTED. The Court finds that each Respondent was duly served with its Subpoena on June 19, 2025, that Respondents have not complied with the

Subpoenas, that the Subpoenas properly seek discoverable information, and that any objections by Respondents have been waived or are otherwise without merit. It is therefore ORDERED that:

a. Respondents shall, within fourteen (14) calendar days of this order, produce all documents and information responsive to the Subpoenas pursuant to the definitions and instructions contained in them.

b. If any Respondents do not comply with this order, Petitioner shall advise the Court, which will convene a show cause hearing at which it may hold those Respondents in contempt, impose sanctions (including but not limited to payment of Petitioner's attorneys' fees and expenses incurred in bringing the Motion or otherwise enforcing the Subpoenas), or grant any other appropriate relief to Petitioner.

**SO ORDERED** on _____, 2025

_____
Lee H. Rosenthal
United States District Judge