UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Ovik Mkrtchyan

v.                                                                           Case Number: 4:25−mc−01122

Stephen P. Payne

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 9/2/2025 at 02:00 PM before Judge Lee H Rosenthal, by video.

Date: August 14, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk