UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan<br><br>vs                                                   *Petitioner*<br><br>Stephen P. Payne, Sr., et al.,<br><br>                                          *Respondents* | CASE NO. : 4:25-MC-01122 |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Motion to Compel Production of Documents by Respondents with Exhibits 1 to 6, and Order Granting Petitioner's Motion to Compel Production of Documents from Respondents**

on **Stephen P. Payne, Sr.**,

by delivering a true copy to said respondent personally;

I knew the person so served to be the person described as said respondent therein.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race:  White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

*(signature)*
Shawn Morgan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan | CASE NO. : 4:25-MC-01122 |
| vs                                       *Petitioner* | |
| Stephen P. Payne, Sr., et al., | |
| *Respondents* | |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Motion to Compel Production of Documents by Respondents with Exhibits 1 to 6, and Order Granting Petitioner's Motion to Compel Production of Documents from Respondents**

on **American LNG Services, LLC c/o Stephen P. Payne Sr.**,

by delivering thereat a true copy of each to **Stephen P. Payne, Sr.** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

_____
Shawn Morgan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan | CASE NO. : 4:25-MC-01122 |

vs                                                                                                  *Petitioner*

Stephen P. Payne, Sr., et al.,

*Respondents*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Motion to Compel Production of Documents by Respondents with Exhibits 1 to 6, and Order Granting Petitioner's Motion to Compel Production of Documents from Respondents**

on **Linden Energy Holdings, Inc. c/o Stephen P. Payne Sr.**,

by delivering thereat a true copy of each to **Stephen P. Payne, Sr.** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

_____
Shawn Morgan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan | CASE NO. : 4:25-MC-01122 |
| vs                                                                          *Petitioner* | |
| Stephen P. Payne, Sr., et al., | |
| *Respondents* | |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Motion to Compel Production of Documents by Respondents with Exhibits 1 to 6, and Order Granting Petitioner's Motion to Compel Production of Documents from Respondents**

on **Linden Energy, LLC c/o Stephen P. Payne Sr.**,

by delivering thereat a true copy of each to **Stephen P. Payne, Sr.** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

_____
Shawn Morgan

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan | CASE NO. : 4:25-MC-01122 |
| *Petitioner* | |
| vs | |
| Stephen P. Payne, Sr., et al., | |
| *Respondents* | |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Motion to Compel Production of Documents by Respondents with Exhibits 1 to 6, and Order Granting Petitioner's Motion to Compel Production of Documents from Respondents**

on **Linden Strategies, LLC c/o Stephen P. Payne, Sr.**,

by delivering thereat a true copy of each to **Stephen P. Payne, Sr.** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

_____
Shawn Morgan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re Application of Ovik Mkrtchyan for an Order to Take Discovery for Use In Foreign Proceedings Pursuant to 28 U.S.C. § 1782<br>Ovik Mkrtchyan | CASE NO. : 4:25-MC-01122 |
| vs | *Petitioner* |
| Stephen P. Payne, Sr., et al., | |
| | *Respondents* |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Texas,

That on **08/12/2025** at **12:33 PM** at **6806 Country Lane, Richmond, TX 77406**

I served a(n) **Petitioner Ovik Mkrtchyan's Ex Parte Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. 1782, Memorandum of Law in Support of Petitioner's Ex Parte Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. 1782. Declaration of Ryan Hartman with Exhibits 1 to 12, Declaration of Ovik Mkrtchyan with Exhibits 1 to 2, Declaration of Nigel Tait with Exhibits 1 to 4, and Order Granting Petitioner's Ex Parte Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. 1782**

on **Stephen P. Payne, Sr.**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: over 200 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-13-25

Shawn Morgan

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160