# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 4:25-mc-1122<br>Hon. Judge Lee Rosenthal |
| OVIK MKRTCHYAN,<br>　　　　　　Petitioner<br><br>v.<br><br>STEPHEN P. PAYNE, SR., LINDEN STRATEGIES, LLC, LINDEN ENERGY, LLC, LINDEN ENERGY HOLDINGS, INC. & AMERICAN LNG SERVICES, LLC,<br><br>　　　　　　Respondents. | |

## NOTICE OF SERVICE

Respondents Stephen P. Payne, Sr., Linden Strategies, LLC, Linden Energy, LLC, Linden Energy Holdings, Inc., and American LNG Services, LLC by and through undersigned counsel, hereby certifies that on September 23, 2025, and in compliance with the Court's Order of September 2, 2025, Respondents have served documents Bates-labeled PAYNE_000161-PAYNE_000175 on counsel for Petitioner Ovik Mkrtchyan.

DATED: September 23, 2025

Respectfully submitted,

By: /s/ *Michael J. Wynne*
Michael J. Wynne
GREGOR WYNNE ARNEY, PLLC
TX Bar No. 00785289
SDTX No. 0018569
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com

ATTORNEY FOR RESPONDENTS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I electronically filed the foregoing Notice with Clerk of Court using the CM/ECF system to all counsel of record.

By: /s/ *Michael J. Wynne*
Michael J. Wynne