IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 <br><br> OVIK MKRTCHYAN, <br>          Petitioner <br><br> v. <br><br> STEPHEN P. PAYNE, SR., LINDEN STRATEGIES, LLC, LINDEN ENERGY, LLC, LINDEN ENERGY HOLDINGS, INC. & AMERICAN LNG SERVICES, LLC, <br><br>          Respondents. | Case No. 4:25-mc-1122 <br> Hon. Judge Lee Rosenthal |

**RESPONDENTS' OPPOSED MOTION FOR IN-CAMERA REVIEW**

Respondents Stephen P. Payne, Sr., Linden Strategies, LLC, Linden Energy, LLC, Linden Energy Holdings, Inc., and American LNG Services, LLC ("Respondents") by and through undersigned counsel, respectfully move this Court to conduct an in-camera review of certain documents that Respondents are concerned may not be directly responsive and that Respondents are concerned should not and cannot be provided directly to counsel for Petitioner.

**I.      BACKGROUND**

During discovery, Respondents have identified documents responsive to Petitioner's requests that contain information that may implicate the safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan. Public disclosure, or disclosure outside of judicial review, could compromise security protocols and

endanger those individuals, one of whom received what could be perceived as a threat when recently traveling in the Middle East area. Respondents therefore seek an in-camera review by the Court to determine what, if any, portions of the documents may be produced subject to appropriate protective measures. Respondents are prepared to brief this issue more thoroughly if necessary. The gravity of these issues became more apparent to counsel only in the past couple days.

## II.     LEGAL STANDARD

Federal courts have broad discretion to review documents in camera when disclosure raises concerns of privilege, confidentiality, or security. *See United States v. Zolin*, 491 U.S. 554, 572 (1989). In-camera review is particularly appropriate where sensitive government or institutional security interests are at stake. *See, e.g., Kerr v. U.S. Dist. Court*, 426 U.S. 394, 405–06 (1976).

## III.    ARGUMENT

In-Camera review protects security interests while preserving discovery rights. The documents at issue contain concern diplomatic relations between the United States and a foreign government. There are also allegations that one of the documents may have been leaked by an official or embassy associated with the foreign government. There is also pending a challenge to the appointed arbitrator in a related dispute involving Respondent and Petitioners, pending before the International Centre for Dispute Resolution. Out of an abundance of caution, counsel for Respondents believe it would be advisable for the Court to review these documents in camera before they are produced and that if they are ordered to be produced, that they be ordered produced under a protective order fitting these circumstances.

## IV.    PRAYER

For the foregoing reasons, Respondents respectfully requests that this Court order the submission of the identified documents, bates-numbered for internal law firm purposes as

PAYNE_000176 – PAYNE_000205 for in-camera review and determine the extent to which any materials must be disclosed to counsel for Petitioner, subject to appropriate safeguards, and for such other and further relief as the Court deems just and proper.

DATED: September 24, 2025.

Respectfully submitted,

By: /s/ Michael J. Wynne
Michael J. Wynne
GREGOR WYNNE ARNEY, PLLC
TX Bar No. 00785289
SDTX No. 0018569
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com

ATTORNEY FOR RESPONDENTS

**CERTIFICATE OF CONFERENCE**

I certify that I have attempted to communicate with lead counsel for Petitioner and that Petitioner has not responded.

By: /s/ Michael J. Wynne
Michael J. Wynne

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24th, 2025, I electronically filed the foregoing Notice with Clerk of Court using the CM/ECF system to all counsel of record.

By: /s/ Michael J. Wynne
Michael J. Wynne
