IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) ) ) ) ) ) ) Case No. 4:25-mc-1122 ) Hon. Judge Lee Rosenthal |
| OVIK MKRTCHYAN, Petitioner | ) ) ) ) |
| v. | ) ) |
| STEPHEN P. PAYNE, SR., LINDEN STRATEGIES, LLC, LINDEN ENERGY, LLC, LINDEN ENERGY HOLDINGS, INC. & AMERICAN LNG SERVICES, LLC, Respondents. | ) ) ) ) ) ) ) |

## **ORDER ON RESPONDENTS' OPPOSED MOTION FOR IN-CAMERA REVIEW**

Before the Court is Respondents' Motion for In-Camera Review for Security Reasons. Having considered the motion, the Court finds that good cause exists to grant the requested relief.

IT IS THEREFORE ORDERED that:

1. Respondents shall submit the documents identified in its motion to the Court for in-camera review within _____ days of this Order.

2. The Court will review the documents to determine whether, and to what extent, the documents (or portions thereof) are subject to disclosure in discovery.

3. To the extent any disclosure is ordered, the Court may direct that such disclosure be subject to appropriate protective conditions to safeguard security interests.

IT IS SO ORDERED.

_____
JUDGE PRESIDING

Case 4:25-mc-01122   Document 17-1   Filed on 09/24/25 in TXSD   Page 2 of 2