# Exhibit 3

| Payne - Privilege Log | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bates No. | Document Type | Description/General Subject Matter (in a manner sufficient to support the claim of priv) | Date | Person(s) in Receipt of Document | Author/Creator of Document | Document Addressed to: | Relationship of Author, Addressee(s), and Recipient(s) (where not apparent from the document) | Nature of the Privilege Claimed/Reason Not Being Produced |
| PAYNE_000176 - PAYNE_000178 | Letter | Correspondence regarding Ovik Mkrtchyan | 2024.04.10 | President Shavkat Mirziyoyev | Stephen Payne | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000179 - PAYNE_000179 | Attachment to PAYNE_000176 - PAYNE_000178 | Business Biography of Steven Payne | n/a | President Shavkat Mirziyoyev | Stephen Payne | President Shavkat Mirziyoyev | n/a | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000180 - PAYNE000180 | Attachment to PAYNE_000176 - PAYNE_000178 | Recent detention of Ovik Mkrtchyan | 2024.01.2024 | President Shavkat Mirziyoyev | Secretary Rick Perry | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000181 - PAYNE_000181 | Attachment to PAYNE_000176 - PAYNE_000178 | U.S. Congressional Record re Violation of U.S. imposed sanctions | 2024.03.15 | President Shavkat Mirziyoyev | Congressman Wesley Hunt | Speaker of the House | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000182 - PAYNE_000183 | Attachment to PAYNE_000176 - PAYNE_000178 | Correspondence regarding Violation of U.S. imposed sanctions | 2024.03.15 | President Shavkat Mirziyoyev | Congressman Wesley Hunt | Andrea Gacki, Director, Office of Foreign Asset Conrol; U.S. Department of the Treasury | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000184 - PAYNE_000185 | Attachment to PAYNE_000176 - PAYNE_000178 | Recent detention of Ovik Mkrtchyan | 2024.04.02 | President Shavkat Mirziyoyev | Attorneys Thomas Shannon and John Bellinger | H.E. President Shavkat Mirziyoyev | Attorney/Client | Attorney/Client |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PAYNE_000186 - PAYNE_000188 | Email string | Amendment to previous correspondence sent to President Shavkat Mirziyoyev | 2024.08.23 | Ambassador Sidikov, Logan Somera | Stephen Payne | Ambassador Sidikov, Logan Somera | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000189 - PAYNE_000190 | Attachment to PAYNE_000186 - PAYNE_000188 | Draft amendment to previous correspondence sent to President Mirziyoyev re retraction of claims made | n/a | Ambassador Sidikov, Logan Somera | Stephen Payne | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000191 - PAYNE_000192 | Letter | Follow-up to previous letter | 2024.08.24 | President Shavkat Mirziyoyev | Stephen Payne | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000193 - PAYNE_000200 | Email string | Response to October 18, 2024 Letter | 2025.01.06 | Attorney John Bellinger, Logan Somera | Stephen Payne | Attorney John Bellinger, Logan Somera | Letter to opposing counsel | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000201 - PAYNE_000202 | Letter | Amendment to previous correspondence sent to President Mirziyoyev re retraction of claims made | n/a | President Shavkat Mirziyoyev | Stephen Payne | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| PAYNE_000203 - PAYNE_000205 | Attachment to PAYNE_000201 - PAYNE_000202 | Russian translation of PAYNE_000201 - PAYNE_000202 | n/a | President Shavkat Mirziyoyev | Stephen Payne | President Shavkat Mirziyoyev | International relations | Safety and security of persons associated with Respondents as well as persons associated with the government of Uzbekistan; Protective Order to be requested. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |