# Exhibit 2

**From:** Hartman, Ryan
**Sent:** Tuesday, October 28, 2025 8:31 PM
**To:** 'Michael Wynne' <mwynne@gcfirm.com>
**Cc:** brian@brianettinger.com
**Subject:** RE: No. 4:25-mc-01122, In re Mkrtchyan

Michael,

It is evident from your clients' production that they are continuing to withhold responsive communications with Joe Fleming and Straife, including communications related to the undated 2024 letter.  When will they be producing these communications?  If your clients assert that they are entitled to withhold them, please state the basis for this.

_____

Ryan Hartman
Partner | Bio

Arnold & Porter

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Tuesday, October 28, 2025 11:26 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** brian@brianettinger.com
**Subject:** Re: No. 4:25-mc-01122, In re Mkrtchyan

External E-mail

I plan to send tonight
Sent from my iPhone


On Oct 28, 2025, at 9:57 AM, Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

Michael,

I did not receive anything yesterday, which is when you said you expected to send the production when we spoke last week. I'd rather not take up the Court's time with a contempt motion against your clients, but we've gone past several deadlines. Please advise if you will be sending the remainder of the subpoena production today.

---

Ryan Hartman
Partner | Bio

<image001.png>

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Hartman, Ryan
**Sent:** Tuesday, October 21, 2025 8:24 AM
**To:** 'Michael Wynne' <mwynne@gcfirm.com>
**Cc:** brian@brianettinger.com
**Subject:** RE: No. 4:25-mc-01122, In re Mkrtchyan

Michael,

I still have not received the materials mentioned in your email below. Please advise when you are producing them.

---

Ryan Hartman
Partner | Bio

<image001.png>

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Wednesday, October 15, 2025 2:32 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** brian@brianettinger.com
**Subject:** RE: RULE 408 Communication -- No. 4:25-mc-01122, In re Mkrtchyan

External E-mail

Ryan,

While I may disagree with you as to whether they might be responsive and reserve the right to respond further to your specific points in your recent correspondence, I'll produce additional materials I am receiving from the client – likely tomorrow. I am still short-staffed here.



**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700
Houston, Texas 77027

(281) 450-7403 – Cell
mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

---

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Tuesday, October 14, 2025 3:03 PM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Subject:** RE: RULE 408 Communication -- No. 4:25-mc-01122, In re Mkrtchyan

Michael,

To be clear, I raised all of these document production issues in my September 24 letter. You responded that you would circle back with your client and that you were cautiously optimistic we could resolve these items without court intervention. In any event, it should not surprise Mr. Payne, for example, that a subpoena seeking documents and communications related to his undated 2024 letter would include his correspondence with Mr. Fleming about it.

**Redacted: Confidential Under Fed. R. Evid. 408**

_____
Ryan Hartman
Partner | Bio

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Monday, October 13, 2025 5:21 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Michael Wynne <mwynne@gcfirm.com>
**Subject:** RULE 408 Communication -- No. 4:25-mc-01122, In re Mkrtchyan

External E-mail

Ryan,

I produced to you Friday evening all of the bates-numbered documents identified on the privilege log, which I understood the court ordered us to produce. So, I think we have complied.

I believe I have now produced everything responsive that I've received from our client.

While I am familiar with the original requests, I was not until today familiar with your more specific requests fleshing them out. I appreciate your identifying specific things I need to double-check on, which I'm doing.

I will meet with our client tomorrow and conduct a further detailed inquiry and electronic search myself to see if there are further responsive documents that may have been overlooked and will report back.

I think this is a matter we can resolve between the two of us without further Court time. Doing the best I can here.

Redacted: Confidential Under Fed. R. Evid. 408

Thank you.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700
Houston, Texas 77027

(281) 450-7403 – Cell
mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Sunday, October 12, 2025 10:31 PM
**To:** Michael Wynne <mwynne@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>
**Subject:** No. 4:25-mc-01122, In re Mkrtchyan

Dear Counsel,

Please see the attached letter regarding your clients' document production in this matter.

_____

Ryan Hartman
Partner | Bio

<image001.png>

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com