IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF OVIK MKRTCHYAN FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 4:25-mc-1122<br>Hon. Judge Lee H. Rosenthal |
| OVIK MKRTCHYAN,<br>              Petitioner<br>v.<br>STEPHEN P. PAYNE, SR., LINDEN STRATEGIES, LLC, LINDEN ENERGY, LLC, LINDEN ENERGY HOLDINGS, INC. & AMERICAN LNG SERVICES, LLC,<br>              Respondents. |  |

## DECLARATION OF JOSHUA MCCOLLUM

Pursuant to 28 U.S.C. § 1746, I, Joshua McCollum, declare as follows:

1. I am an attorney duly admitted to practice in Texas and before this Court. I am an attorney at the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Petitioner Ovik Mkrtchyan (the "Petitioner") in this matter.

2. I submit this declaration in support of Petitioner's Motion for Contempt (the "Motion") (ECF No. 26). This declaration is based on my personal knowledge, particularly my knowledge of documents produced by Respondents, unless indicated otherwise. I do not authenticate or adopt the content of documents produced by Respondents, but assume for purposes of this declaration that they are what they purport to be.

**Messages Between Stephen Payne and Logan Somera**

3. Respondents' production appears to show that Respondent Stephen Payne included Logan Somera—who has been described as an executive at Mr. Payne's companies—on certain emails concerning matters responsive to Petitioner's subpoenas to Respondents. For example, Respondents' production contains a printout of an email dated August 23, 2024 from Mr. Payne to Uzbekistan's Ambassador to the United States, which bcc's Mr. Somera (PAYNE_000186). The email appears to attach and discuss the letter Mr. Payne sent to the Ambassador about Petitioner that is at the core of this proceeding, and is thus at least responsive to the request in Petitioner's subpoena to Mr. Payne for communications regarding any "letter [Mr. Payne] sent in 2024 . . . regarding Petitioner" (Subpoena to Payne Request No. 7). Respondents production also contains a printout of an email dated September 19, 2024 from Mr. Payne to the Petitioner which discusses Petitioner's detention in Uzbekistan (PAYNE_000138) and is thus at least responsive to the request in Petitioner's subpoena to Mr. Payne for communications "relating to Petitioner's detention in Uzbekistan" (Subpoena to Payne Request No. 5). The printout appears to show that Mr. Payne forwarded the email to Mr. Somera (PAYNE_000138). Respondents' production also contains a printout of an email dated March 6, 2025 from Mr. Payne to Thomas Rowley, who has been described as a journalist to whom Mr. Payne sent information about Petitioner (PAYNE_000159), and is thus at least responsive to the request in Petitioner's subpoena to Mr. Payne for communications that "relate to any news articles, blog posts, online content, letters, investigation summaries, or reports regarding Petitioner" (Subpoena Request No. 3). The email appears to describe Mr. Somera as a "source" of information about Petitioner (PAYNE_000159).

4. Respondents' production also appears to show that Mr. Payne and Mr. Somera used the WhatsApp messaging service with other individuals. For example, Respondents' production

contains what appears or purports to be 189 pages from a WhatsApp message thread between Mr. Somera and a third party, Uktam Aripov (PAYNE_000206 through PAYNE_000394). The earliest message in the purported WhatsApp message thread is dated March 22, 2022 (PAYNE_000206). Respondents' production also contains what appears to be 41 pages from a WhatsApp message thread between Mr. Payne and Mr. Aripov (PAYNE_001282 through PAYNE_001322). The earliest message in that purported WhatsApp message thread is February 19, 2024 (PAYNE_001282). Respondents' production also contains what appears to be four pages from a WhatsApp message thread between Mr. Payne and Mr. Rowley (PAYNE_001038 through PAYNE_001041). Respondents' production also appears to show Signal messages between Mr. Payne and third parties.

5. However, counsel for Petitioner did not find in Respondents' production any WhatsApp message threads—or message threads from other messaging platforms, such as text messages or Signal—between Mr. Payne and Mr. Somera.

**Messages Between Respondents and Straife LLC or Joseph Fleming**

6. Respondents' production appears to show that Mr. Payne included Straife LLC and Joseph Fleming—who has been described as Straife's CEO—on certain emails concerning matters responsive to Petitioner's subpoenas. For example, Respondents' production appears to contain a printout of an email dated August 27, 2024 from Mr. Payne to Uzbekistan's Ambassador to the United States, which bcc's Mr. Fleming and is part of the same chain that appears to contain the August 23, 2024 letter (PAYNE_000187). Like the email described above, the email appears to discuss a letter Mr. Payne sent to the Ambassador about Petitioner and is thus at least responsive to the request in Petitioner's subpoena to Mr. Payne for communications regarding any "letter [Mr. Payne] sent in 2024" regarding Petitioner (Subpoena to Payne Request No. 7). Additionally, the

printout of the March 6, 2025 email between Mr. Payne and Mr. Rowley discussed above also appears to describe Mr. Fleming as a "source" of information about Petitioner (PAYNE_000159) and is thus at least responsive to the request in Petitioner's subpoena to Mr. Payne for communications that "relate to any news articles, blog posts, online content, letters, investigation summaries, or reports regarding Petitioner" (Subpoena to Payne Request No. 3).

7. However, counsel for Petitioner did not find in Respondents' production any WhatsApp message threads or message threads from other messaging platforms—such as text or Signal— between Mr. Payne or Mr. Somera, on one hand, and Mr. Fleming or other persons described as working for Straife LLC, on the other hand.

**Complete Set of Documents Referenced in Communications Between Mr. Payne and Mr. Rowley**

8. Respondents' production appears to contain twenty pages of emails (PAYNE_000140 through PAYNE_000160) and four pages of WhatsApp messages (PAYNE_001038 through PAYNE_001041) between Mr. Payne and Mr. Rowley, who again has been described as a journalist to whom Mr. Payne sent information about Petitioner.

9. A purported email from Mr. Payne to Mr. Rowley references "screenshots of [Mr. Payne's] previous email" (PAYNE_000154). However, Petitioner's counsel could not identify these "screenshots" in Respondents' production.

10. Moreover, a purported March 6, 2025 email chain between Mr. Payne and Mr. Rowley references "unnamed sources feeding [Mr. Payne] information" about Petitioner (PAYNE_000159). Mr. Payne identifies Mr. Somera and Mr. Fleming as sources as well as "some uzbeks" (PAYNE_000159). A February 26, 2025 purported email from Mr. Payne to Mr. Rowley likewise mentions "unnamed sources" (PAYNE_000158). An April 8, 2025 purported WhatsApp message from Mr. Rowley to Mr. Payne likewise refers to "sources" (PAYNE_001040). However,

Petitioner's counsel could not find any documents identifying these other unnamed sources or communications with them in Respondents' production.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2025.

_____
Joshua McCollum