IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVIK MKRTCHYAN, | § § | |
| Petitioner, | § § | |
| v. | § | MISCELLANEOUS NO. H-25-1122 |
| STEPHEN P. PAYNE, SR., *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

On January 9, 2026, the court entered an order holding respondents in contempt for failing to respond to the petitioner's subpoena and this court's orders granting the petitioner's motion to compel production. (Docket Entry No. 35). The contempt order set a January 12, 2026, deadline for production. (*Id.* at 3). The respondents have filed affidavits affirming that they have purged the contempt, either through the production of responsive documents or through their affirmation that responsive documents do not exist. (*See* Docket Entry No. 36). The petitioner must file a reply to Docket Entry No. 36 by January 20, 2026.

SIGNED on January 13, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge