# Exhibit 1

# Memorandum

**From:** Abbate, Paul; FTI Consulting, Inc. :ag

**Subject:** Mobile Forensics Summary

**Date:** Monday, May 4, 2026

---

## Summary

FTI Cybersecurity ("FTI") was engaged to conduct a forensic acquisition and targeted analysis of a Samsung Galaxy Z Fold (Model SM-F966U/IMEI 359207210183420/ IMSI 310260629489322) ("the device") to identify potentially responsive data using defined keyword search terms. The engagement was conducted per the terms of the order issued in the United States District Court for the Southern District of Texas Houston Division granting motion for forensic examination, Case 4:25-mc-1122 ("the Order") dated February 17, 2026. Analysis was conducted in accordance with the provided relevant time for responsiveness, September 1, 2023 through September 1, 2025. On March 6, 2026 the device was forensically collected using Cellebrite Universal Forensic Extraction Device (UFED). A second manual collection of the Signal application was conducted on April 8, 2026.

## Findings Overview

The analysis identified responsive communications and images consistent with the defined search criteria. Multiple messaging applications were installed on the device, some with ephemeral messaging enabled [1]. Three different cleanup applications were installed and subsequently executed on the device on February 25, 2026. These applications are capable of deleting temporary files, application data, and other residual artifacts.

## Device Information

The examined device was a Samsung Galaxy Z Fold (Model SM-F966U/IMEI 359207210183420/ IMSI 310260629489322), associated with Stephen Payne ("Custodian"). The exact date of manufacture of the device could not be determined from the available data. Model SM-F966U was released to the public for purchase on approximately July 25, 2025. Analysis indicates the device was restored from a backup on November 20, 2025. The Custodian indicated in a Signal chat with James Bond on November 24, 2025 that he had obtained a new phone in the days before. There is no indication the device was rooted [2].

---

[1] Ephemeral messaging refers to features within certain messaging applications that automatically delete messages after a set period of time after they are viewed.

[2] Rooting allows privileged access to a devices operating system enabling modification of system files, installation of unauthorized software, and removal of built-in security controls.

## Collection

On March 6, 2026 the device was forensically collected using Cellebrite Universal Forensic Extraction Device (UFED). A chain of custody was generated and maintained. A full file system extraction was performed, capturing logical and file system data. The extraction produced a Universal Forensic Extraction Device Report (UFDR) file, which serves as a forensic image of the device. Hash values were generated, and outlined below:

- Payne, Stephen\F00001-1-DA2-E001\MD\UFED samsung SM-F966U 2026_03_06 (001)\Manual\EXTRACTION_FFS 01\EXTRACTION_FFS.zip
  MD5 Hash: 8929A85E469610E501CD3AE3AABE3A76
- Payne, Stephen\F00001-1-DA2-E002\MD\Payne, Stephen - Telegram.7z
  MD5 Hash: D85FC6491CE29848AA8C0CC9B3A97353

The original data was preserved in a forensically sound manner and all subsequent analysis was conducted on a verified copy. Verification of the copy was obtained via Hash matching.

During the initial collection certain applications, specifically Signal and Threema, could not be fully decrypted. The device was returned to the Custodian for the purpose of unlocking the device to sign into these applications for validation. The Custodian advised FTI he could not remember the login information for Threema, therefore the application data could not be collected. The Custodian asserted that Signal fell outside of the scope of the subpoena and left with the device.

On April 8, 2026, FTI met again with the Custodian for the purpose of a manual collection of Signal application data from the device. A successful collection of Signal application data was completed:

- Payne, Stephen\F00001-1-DA2-E003\Manual Pictures and Videos\Manual Pictures and Videos.7z
  MD5 Hash: AF0E6BFDDFDE236FD7D31C7DEFFE4729

## Processing

The extracted data was processed using Cellebrite Physical Analyzer. The tool parsed and organized data into structured artifact categories, including communications (SMS, chat applications, and email) images, documents, and system data. This process enabled efficient review and identification of relevant artifacts.

## Messaging Applications

In addition to the native SMS messaging, multiple messaging applications were located on the device. The relevant applications and an overview of their functionality is noted below.

### Telegram

Telegram is a cloud-based messaging platform with optional end-to-end encrypted “secret chats”. Telegram stores most communications in its cloud infrastructure. As a result, the data present on the device may represent only a partial local cache rather than complete capture of user activity. Telegram “secret chats” however are stored locally

on the device. Telegram offers disappearing messages through two methods: auto-delete in regular chats and self-destruct times in secret chats.[3] There were several Telegram chats located on the device. All those chats fall outside of the provided relevant time of responsiveness.

## WhatsApp/WhatsApp Business

WhatsApp and WhatsApp Business are both owned by Meta and function similarly. Both support "disappearing messages" [4]. Disappearing messages can be set to auto-delete after 24 hours, 7 days, or 90 days. On this device disappearing messages for WhatsApp was set as "off" by default. WhatsApp Business disappearing messages were set at 7 days as default.

System generated WhatsApp records indicate that disappearing messages were enabled within specific conversations. These records identify the affected chats and the date and time the feature was activated. They are noted in Appendix A.

Analysis of the WhatsApp database identified multiple chat records utilizing disappearing message functionality. Each record includes a Jabber Identifier (JID), which distinguishes the type of conversation:

- @s.whatsapp.net: Represents individual (one-to-one) chats with a specific user, typically associated with a phone number. However, the identifier may not always correspond to a traditional mobile number, as it can reflect alternative formats such as VoIP-based accounts, business profiles, or system-generated identifiers that do not directly map to a standard dialable number.
- @g.us: Represents group chats, which may include multiple participants. The JID is a group ID, and not a phone number.

Not all records contain valid values for ephemeral setting timestamp. This is reflected by blank timestamps. This condition indicates:

- The exact time when disappearing messages were enabled is not available in the dataset, or
- The setting was enabled prior to timestamp tracking, during data migration, or within group chats where this metadata is not consistently recorded

As a result, while it can be confirmed that disappearing messages are active for these chats, the precise activation time cannot be determined for all records.

## Threema

Threema is an end-to-end encrypted messaging application that minimizes server-side data retention and stores data locally on the device .[5] Threema supports message expiration and messages can be configured to delete after a defined time .[6] The Custodian advised FTI he could not remember the login information for the application, therefore the application data could not be collected.

## Signal

[3] https://telegram.org/blog/now-you-see-me?setln=it
[4] https://faq.whatsapp.com/673193694148537
[5] https://threema.com/en
[6] https://threema.com/en/blog/tidy-up-chats

Signal is an end-to-end encrypted messaging application. Messages are stored locally on the device in encrypted form and are not retained by the service provider. Signal supports "disappearing messages" [7] and when enabled messages automatically delete after a defined time internal. A review of the Signal application settings showed the default setting for disappearing messages was set to "off". The setting is applied per chat and can be changed by participants. A chat with Joseph Flemming had disappearing messages set at one hour. Deleted messages are removed from the user interface and device database.

## Cleanup Tools

Analysis identified the installation of three "cleanup applications" on the device: CCleaner, AVG Cleaner, and SD Maid SE. These applications are designed to improve device performance and storage utilization by removing temporary files, cached data, residual files from uninstalled applications, and other non-essential artifacts. The application data folders for the identified applications were not present in the extracted file system. This may be attributable to the applications having been uninstalled prior to extraction, or the applications having cleared their own data prior to removal. Despite the absence of these folders, additional artifacts were reviewed to establish evidence of installation and usage.

### SD Maid SE

SD Maid SE, also known as SD Maid 2, is a file management tool for Android that specializes in maintenance. SD Maid is used to clear cache and remove residual files from uninstalled applications.[8] In a non-rooted device SD Maid cannot access the WhatsApp message database or other encrypted databases such as Signal. The Android platform "isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.". [9]

Analysis identified search activity within the Google Play Store on February 25, 2026 09:50:12 AM UTC -6 for "Sd maid". A corresponding application installation event was recorded the same day at 09:50:26 AM UTC -6. An application usage log is recorded at 09:50:31 AM UTC -6 with multiple consecutive application usage logs immediately following.

### CCleaner

CCLeaner is a cleaning tool which removes files, clears application caches, and manages storage to speed up devices. [10]It reclaims space by deleting browser history, clipboard content, and residual files. It can also be used to uninstall multiple applications quickly.

Analysis identified search activity within the Google Play Store on February 25, 2026 09:58:47 AM UTC -6 for "ccleaner". A corresponding application installation event was recorded on the same day at 09:58:52 AM UTC -6. An application usage log is first recorded at 09:50:57 AM UTC -6 with multiple consecutive application usage logs immediately following. A last updated timestamp was identified as February 28, 2026 10:30:13 AM UTC-6.

---

[7] https://support.signal.org/hc/en-us/articles/360007320771-Set-and-manage-disappearing-messages
[8] https://sdmse.darken.eu/#:~:text=SD%20Maid%20SE%20(AKA%20SD,space%20and%20removing%20unwanted%20data.
[9] https://source.android.com/docs/security/app-sandbox#:~:text=This%20isolates%20apps%20from%20each,it%20in%20its%20own%20process.
[10] https://www.ccleaner.com/ccleaner-android?srsltid=AfmBOoqzatsD-1GIX2yBIlzBSktsbNi4tKd7NJCqVedbR3Jb0JRd9KZU

### AVG Cleaner

AVG Cleaner is a cleaning tool which allows users to remove junk files, uninstall applications, and delete photos and videos. AVG Cleaner can be set to function automatically based on a set schedule. [11]

Analysis identified search activity within the Google Play Store on February 25, 2026 09:58:20 AM UTC -6 for "ccleaner". A corresponding application installation event was recorded on the same day at 09:58:24 AM UTC -6. There were no corresponding application usage logs identified at the time of analysis.

## Deletion Events

To identify potential file deletion activity, a timeline view was constructed. The timeline was populated by aggregating timestamped events across multiple data sources, including file system metadata, MediaStore database records, download history, and application artifacts. Deleted records recovered from SQLite database free pages were incorporated into the timeline alongside active records to provide a comprehensive chronological view of file activity on the device.

The timeline was reviewed for clusters of deletion events, abrupt gaps in file activity, and any correlation between deletion timestamps and other known activity on the device. This methodology allowed for the identification of periods where files may have been deliberately removed, as well as the recovery of file references that would not have been visible through standard parsed artifact views alone.

Upon analysis of the timeline view, a total of 3,068 artifacts were identified as deleted between 1/7/2024 and 9/1/2025. It should be noted that artifacts predating 1/1/2024 are not available for review. The deleted artifacts are as follows:

- 1,029 call log entries, 1,025 of which originated from WhatsApp;
- 1 cookie from StubHub.com;
- 63 emails;
- 1,967 instant messages across the following applications: Facebook, Facebook Messenger, Native Messages, WhatsApp, and WhatsApp Business;
- 1 location entry;
- 1 note; and
- 6 searched items.

Due to the identification of cleaning tool installation, analysis was expanded to 2/22/2026 – 3/1/2026. Within this timeframe, 205 artifacts were identified as follows:

- 5 application usage log entries across WhatsApp, Chrome, and Zengo;
- 2 call log entries from WhatsApp;
- 8 cookies;
- 4 deleted applications, three of which were identified as CCleaner, SD Maid, and AVG Cleaner;

---

[11] https://www.avg.com/en-us/avg-memory-cleaner#pc

  - It should be noted that while the deletion of these applications was confirmed, exact timestamps were not available;
  - The fourth application was Changelly, a cryptocurrency wallet; and
- 10 instant messages across Facebook and Facebook Messenger.

## Analysis

A targeted forensic analysis was conducted using keyword searches and artifact-based review utilizing a provided specific set of keywords.

- Ovik
- Mkrtchyan
- Uktam
- Aripov
- Ulugbek
- Shadmanov
- Mirziyoyev
- Sidikov
- Sidiqov
- "ambassador.sidikov@gmail.com"
- "f.sidiqov@mfa.uz"
- "United Cement"
- UCG
- *unitedcementgroup.com
- Akard
- "Bose McKinney"
- "London Post"
- *london-post.co.uk
- 2Trom
- Tokarev
- "Moscow Media"
- Radha
- Stirling
- *radhastirling.com
- IPEX
- "(Interpol and Extradition) Reform"
- "Interpol and Extradition Reform"
- "Detained in Dubai"
- "Due Process International"
- Gor
- Straife

Keyword searches were applied across the dataset to identify potentially responsive content. Identified artifacts were reviewed in context, including full communication threads and associated attachments where applicable. Searches were applied in accordance with the provided relevant time for responsiveness, September 1, 2023

through September 1, 2025. Responsive items were tagged and exported in a CSV file format, along with relevant metadata (e.g. date/time, participants, source application, and file path), provided to Counsel.

## Appendix A: WhatsApp Ephemeral Settings

| JID | Display Name | Setting Enabled Date | Duration |
|---|---|---|---|
| 120363050847409973@g.us | Overgas SPA Discussion | Unavailable | 7 Days |
| 18324736700-1632582457@g.us | Group Chat -Unavailable | Unavailable | 7 Days |
| 17136281148@s.whatsapp.net | Crhis Caudill | Unavailable | 24 Hours |
| 359887575609@s.whatsapp.net | Petar Petrov | Unavailable | 90 Days |
| 905336509411@s.whatsapp.net | Ahmet Oran | Unavailable | 90 Days |
| 971508121252@s.whatsapp.net | Sheikh Nayan | Unavailable | 7 Days |
| 15805833656@s.whatsapp.net | Hani Abuhalawa | Unavailable | 7 Days |
| 12029612292@s.whatsapp.net | Unavailable | 7/13/24 21:37 | 90 Days |
| 12028055268@s.whatsapp.net | Congressman Trent Franks | 9/18/23 11:30 | 7 Days |
| 380675655121@s.whatsapp.net | Unavailable | Unavailable | 24 Hours |
| 97451499988@s.whatsapp.net | Unavailable | Unavailable | 7 Days |
| 17134718880@s.whatsapp.net | Lutfi Hassan | Unavailable | 90 Days |
| 120363409185780120@g.us | Gautham Case | Unavailable | 90 Days |
| 120363415575827489@g.us | Neto-Visa | Unavailable | 90hj Days |
| 13463228511@s.whatsapp.net | Abar Hashmi | Unavailable | 90 Days |
| 41792694440@s.whatsapp.net | Stoyan Baumeyer | Unavailable | 90 Days |
| 16175536204@s.whatsapp.net | HAH | Unavailable | 7 Days |
| 18325716091@s.whatsapp.net | Logan | Unavailable | 90 Days |
| 120363420158761739@g.us | Linden Internal | Unavailable | 7 Days |