# Exhibit 2

## THE RELEVANT MESSAGES FROM FTI'S MAY 28, 2026 DATA PRODUCTION

### *Instant Messages Tab*

| # | From | To | Body | Timestamp - Time |
|---|---|---|---|---|
| 51 | 18324736700@s.whatsapp.net **Steve Payne** | 37129208851@s.whatsapp.net **Edgars Jansons** - Delivered:10/16/2024 8:01:20 AM(UTC-5); Read: 10/16/2024 8:01:20 AM(UTC-5)<br><br>18325716091@s.whatsapp.net **Logan [Somera]** - Delivered:10/16/2024 8:01:20 AM(UTC-5); Read: 10/16/2024 8:02:22 AM(UTC-5) | **The Uzbek government is starting to come after uktam** | 10/16/2024 8:01:19 AM(UTC-5) |
| 68 | 18324736700@s.whatsapp.net **Steve Payne** | 18325716091@s.whatsapp.net **Logan [Somera]** - Delivered:1/24/2025 9:23:17 AM(UTC-6); Read: 1/24/2025 9:29:38 AM(UTC-6)<br><br>359889222258@s.whatsapp.net **Dessi Popov** - Delivered:1/24/2025 9:23:18 AM(UTC-6); Read: 1/24/2025 9:25:58 AM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 1/24/2025 9:23:16 AM(UTC-6) |
| 69 | 18324736700@s.whatsapp.net **Steve Payne** | 12166504959@s.whatsapp.net **Nate Sero** - Delivered:1/25/2025 8:10:25 PM(UTC-6); Read: 1/25/2025 8:10:39 PM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 1/25/2025 8:10:22 PM(UTC-6) |
| 70 | 18324736700@s.whatsapp.net **Steve Payne** | 447506942410@s.whatsapp.net **Thomas Rowley** - Delivered:1/27/2025 3:19:38 PM(UTC-6); Read: 1/27/2025 3:44:57 PM(UTC-6)<br><br>" | **Another article from radio for Europe, US government-funded... In the group photo Ovik is the person to the far left... Obviously this is from a few years ago... The notorious Russian mobster is his godfather** | 1/27/2025 3:18:33 PM(UTC-6) |
| 71 | 18324736700@s.whatsapp.net **Steve Payne** | 15126945724@s.whatsapp.net **Todd Gallaher** - Delivered:1/27/2025 3:19:32 PM(UTC-6); Read: 2/11/2025 4:02:54 PM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 1/27/2025 3:19:30 PM(UTC-6) |

| # | From | To | Body | Timestamp - Time |
|---|---|---|---|---|
| 76 | 18324736700@s.whatsapp.net **Steve Payne** | 13107707351@s.whatsapp.net **Geoff Nordloh** - Delivered:2/11/2025 7:35:22 AM(UTC-6); Read: 2/11/2025 7:45:16 AM(UTC-6)<br><br>447880731030@s.whatsapp.net **Mike Conroy** - Delivered:2/11/2025 7:35:23 AM(UTC-6); Read: 2/11/2025 8:29:59 AM(UTC-6)<br><br>18325716091@s.whatsapp.net **Logan [Somera]** - Delivered:2/11/2025 7:35:24 AM(UTC-6); Read: 2/11/2025 7:36:29 AM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 2/11/2025 7:35:22 AM(UTC-6) |
| 77 | 18324736700@s.whatsapp.net **Steve Payne** | 12815131786@s.whatsapp.net **Tanweer Ahmed** - Delivered:2/13/2025 3:53:45 PM(UTC-6); Read: 2/13/2025 3:54:18 PM(UTC-6)<br><br>18325716091@s.whatsapp.net **Logan [Somera]** - Delivered:2/13/2025 3:53:45 PM(UTC-6); Read: 2/13/2025 3:53:53 PM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 2/13/2025 3:53:44 PM(UTC-6) |
| 78 | 18324736700@s.whatsapp.net **Steve Payne** | 18328123100@s.whatsapp.net **Monica** - Delivered:2/21/2025 8:18:49 PM(UTC-6); Read: 2/21/2025 8:18:56 PM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 2/21/2025 8:18:43 PM(UTC-6) |
| 85 | 15128036390@s.whatsapp.net **Ella Stovall** | Participants: 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | *Monday 06/23*… **"uktam aripov" and "ovik Mkrtchyan" -** nothing posted within the last week/month | 6/23/2025 8:55:50 AM(UTC-5) |
| 86 | 15128036390@s.whatsapp.net **Ella Stovall** | Participants: 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, | *Tuesday 06/24*… **"uktam aripov" and "ovik Mkrtchyan" -** nothing | 6/24/2025 8:57:14 AM(UTC-5) |

| # | From | To | Body | Timestamp - Time |
|---|---|---|---|---|
| | | 18324736700@s.whatsapp.net **Steve Payne** (owner) | | |
| 87 | 15128036390@ s.whatsapp.net **Ella Stovall** | Participants: 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | *Wednesday 06/25*… **"uktam aripov" and "ovik Mkrtchyan" -** nothing | 6/25/2025 8:52:32 AM(UTC-5) |
| 88 | 18325716091@ s.whatsapp.net **Logan [Somera]** | **Participants:** 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | @15128036390<br><br>Look up FARA [Foreign Agents Registration Act] or LDA [Lobbying Disclosure Act] registrants for **United Cement Group or Ulugbek Shadmanov**. Should be called **Mercury** but may have others.<br><br>See if they have any filings on who they met with in USG | 6/25/2025 6:57:23 PM(UTC-5) |
| 89 | 18325716091@ s.whatsapp.net **Logan [Somera]** | **Participants:** 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | Also put together something outlining the trade between Uzbekistan and the US, where they are in trade talks, … | 6/25/2025 7:49:44 PM(UTC-5) |
| 90 | 15128036390@ s.whatsapp.net **Ella Stovall** | **Participants:** 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | There are no postings of **Mercury affiliation with UCG** but on open secrets, they posted three interactions and posted their lobbying reports. … | 6/25/2025 7:58:10 PM(UTC-5) |
| 91 | 15128036390@ s.whatsapp.net **Ella Stovall** | **Participants:** 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | And there arnt [aren't] any current FARA records that exist for **Mercury Public Affairs** in connection with **United Cement Group or Shadmanov** | 6/25/2025 7:58:44 PM(UTC-5) |

| # | From | To | Body | Timestamp - Time |
|---|---|---|---|---|
| 92 | 15128036390@s.whatsapp.net **Ella Stovall** | Participants: 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | *Thursday 06/26*… nothing on . . . **"uktam aripov" and "ovik Mkrtchyan"** | 6/26/2025 8:47:41 AM(UTC-5) |
| 93 | 18325716091@s.whatsapp.net **Logan [Somera]** | **Participants:** 18325716091@s.whatsapp.net **Logan [Somera]**, 15128036390@s.whatsapp.net **Ella Stovall**, 18324736700@s.whatsapp.net **Steve Payne** (owner) | …We need to see a rundown of anything you can find on public officials (Saida Mirziyoyeva, Otobek ______, **Ulugbek Shadmanov,** President etc) that have said or have anything to do with TPS, Yangi, or Novo | 6/27/2025 7:48:06 AM(UTC-5) |
| 103 | 18324736700@s.whatsapp.net **Steve Payne** | 12817254955@s.whatsapp.net **Charlie Sero** - Delivered:1/24/2025 9:23:45 AM(UTC-6); Read: 1/24/2025 11:20:48 AM(UTC-6) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 1/24/2025 9:23:43 AM(UTC-6) |
| 104 | 18324736700@s.whatsapp.net **Steve Payne** | 12817254955@s.whatsapp.net **Charlie Sero** - Delivered:5/6/2025 6:39:30 PM(UTC-5); Read: 5/6/2025 6:57:24 PM(UTC-5) | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 5/6/2025 6:39:29 PM(UTC-5) |
| 105 | +18324736700 **Steve Payne** | **+15126945724** | **https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large** | 1/27/2025 1:57:18 PM(UTC-6) |

***Chat Tab***

| # | Participants | Body | Timestamp - Time |
|---|---|---|---|
| 11679-11684 | 18324736700@s.whatsapp.net **Steve Payne** (owner)<br><br>12817254955@s.whatsapp.net **Charlie Sero** | [Payne]: https://www.detainedindubai.org/post/us-lobbyists-used-in-plot-to-destabilise-us-relations-with-uzbekistan-and-steal-central-asia-s-large<br><br>[Payne]: I guess this happened when you were at SMU<br><br>[Sero]: Yeah you were telling me about that deal<br><br>[Sero]: So it ended up working out?<br><br>[Payne]: Yeah for a year<br><br>[Payne]: We're halfway through right now | 5/6/2025 6:39:29 PM (UTC-5)<br><br>through<br><br>5/6/2025 7:00:45 PM (UTC-5) |
| 11552 | 18324736700@s.whatsapp.net **Steve Payne** 12817254955@s.whatsapp.net **Charlie Sero** | [Sero]: So they're mad at you for funding a **smear campaign**? | 1/24/2025 11:30:06 AM(UTC-6) |