# Exhibit 8

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Wednesday, June 17, 2026 2:35 PM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>; McCollum, Josh <Josh.McCollum@arnoldporter.com>; Logan Somera <lsomera@lindenstrategies.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

External E-mail

Attorney Wynne,

Following up on my message below from June 9th. As indicated, we've identified one image, marked *"Screenshot_20250114_153157_WhatsApp.jpg,"* as designated privilege by your team. Requesting response by close of business tomorrow, June 18th,whether there are any other images that you are claiming as privileged. If not, we are prepared to provide the balance of images to appropriate parties at that time.

Thanks,
Paul

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Sunday, June 14, 2026 10:37 AM
**To:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>; McCollum, Josh <Josh.McCollum@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Michael, I am writing to confirm two things please:

1. Is the examiner now free to release the remaining documents other than the one below over which you are claiming privilege?

2. When will we receive your privilege log?


Ryan Hartman
Partner | Bio

Arnold & Porter
811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Tuesday, June 9, 2026 5:23 PM
**To:** Logan Somera <lsomera@lindenstrategies.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

External E-mail

Thank you Logan. The examiner has identified one file labeled *"Screenshot_20250114_153157_WhatsApp.jpg"* in line with what you've described below. Again, he is not reviewing content unless absolutley necessary. I wanted to confirm that this captures everything within the image files or, if not, whether there is anything further that is being identified under privilege.

**From:** Logan Somera <lsomera@lindenstrategies.com>
**Sent:** Monday, June 8, 2026 5:08 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Michael Wynne <mwynne@gcfirm.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** Re: [EXTERNAL] RE: Correspondence

The images shared include messages with Stoyan which we is under privilege.

Thank you,

Logan Somera
*Vice President of Project Development*
**Linden Strategies**

O: +1 713.783.7783 | M: +1 832.571.6091
700 Milam, Suite 1300
Houston, TX 77002
Lindenstrategies.com | Lsomera@lindenstrategies.com

On Mon, Jun 8, 2026 at 7:11 AM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

Michael and Paul,

I am checking back on whether this privilege review has been done and FTI is now cleared to release the image files?   Thanks.

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Monday, June 1, 2026 9:01 PM
**To:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

External E-mail

Thank you, Andrew.

**From:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>
**Sent:** Monday, June 1, 2026 3:42 PM
**To:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Good Afternoon,

The images have been uploaded to the secure file share. I will share the link with Heather separately.

**Andrew Grubb**

Director, Cybersecurity

**FTI Consulting**

T | +1 929.807.7927

Andrew.Grubb@fticonsulting.com

www.fticonsulting.com

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Friday, May 29, 2026 1:14 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Attorney Wynne,

The examiner will extract the full images referenced and send by Tuesday COB for your team's review. Same method as earlier.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Friday, May 29, 2026 12:59 PM
**To:** Michael Wynne <mwynne@gcfirm.com>; Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Thanks, Michael.

All - Separately, the 'images' tab of the spreadsheet appears to reference several image files that are not included. Could the examiner please send these image files to Mr. Payne's counsel, without including me or my firm, so that they can be reviewed for privilege and then released to us as appropriate?

Ryan Hartman
Partner | Bio

Arnold & Porter
811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Friday, May 29, 2026 10:43 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Paul Abbate <Paul.Abbate@fticonsulting.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Andrew Grubb <Andrew.Grubb@fticonsulting.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

External E-mail

Ryan,

I will get with Logan to discuss logistics of traditional privilege log in this somewhat unusual setting and circle back.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Thursday, May 28, 2026 11:42 PM
**To:** Michael Wynne <mwynne@gcfirm.com>; Paul Abbate <Paul.Abbate@fticonsulting.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Andrew Grubb <Andrew.Grubb@fticonsulting.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>; Ponomarov, Volodymyr <Volodymyr.Ponomarov@arnoldporter.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Michael,

Could you please prepare a privilege log of the documents you are withholding under a claim of privilege with the usual information (e.g., date, to, from, cc, bcc, description, privilege)?

I understand from your emails that there are a large number of messages with Mrs. Payne. There is no need to log them individually, if you'll represent that she and Mr. Payne are the only people on them and you log the message with the search hit.

Ryan Hartman
Partner | Bio

Arnold & Porter
811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Wednesday, May 27, 2026 4:48 PM
**To:** Paul Abbate <Paul.Abbate@fticonsulting.com>
**Cc:** Logan Somera <lsomera@lindenstrategies.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Steve Payne <spayne@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Andrew Grubb <Andrew.Grubb@fticonsulting.com>; Brian Ettinger <brian@brianettinger.com>; Kim Ogg <kogg@gwafirm.com>
**Subject:** Re: [EXTERNAL] RE: Correspondence

External E-mail

Mr. Abbate, Linden Energy and Mr. Payne and all related parties object to the production of chat items identified bt 619-627, based on attendance-client privilege, common interest privilege, and because they are subject to a strict non-disclosure provision. We are not opposed to in camera review. Michael Wynne

Sent from my iPhone

On May 27, 2026, at 9:48 AM, Michael Wynne <mwynne@gcfirm.com> wrote:

Will you resend the materials minus Ettinger communications then asap?

Sent from my iPhone

On May 27, 2026, at 9:45 AM, Abbate, Paul <Paul.Abbate@fticonsulting.com> wrote:

Thank you all. The messages with Mr Ettinger will be removed under privilege. For the balance, the examiner believes at this stage the current scoping is appropriate, noting that he is not reviewing the individual messages for content but providing a narrow range for review. Would request that any additional assertions of privilege be designated by close of business today under the extended deadline, and propose that pending that action, the remaining material be released to parties as appropriate under the court order.

Sent from my iPhone

On May 26, 2026, at 8:41 PM, Michael Wynne <mwynne@gcfirm.com> wrote:

Thanks, Logan

Sent from my iPhone

On May 26, 2026, at 6:24 PM, Logan Somera <lsomera@lindenstrategies.com> wrote:

Hi All,

We have gone through the messages again, please note that all messages with Brian Ettinger are also considered privileged. This brings the message log to 1063 messages which is still a substantial amount. Furthermore, my initial example of the messages between Steve and Governor Perry with the 5-months in between provide no context for the surrounding messages.

Are we able to have a copy of the log with a +/- 3 message for context as well as the removal of messages with Brian Ettinger?

Thank you,

Logan Somera
*Vice President of Project Development*
**Linden Strategies**

O: +1 713.783.7783 | M: +1 832.571.6091
700 Milam, Suite 1300
Houston, TX 77002
Lindenstrategies.com | Lsomera@lindenstrategies.com

On Fri, May 22, 2026 at 7:47 PM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

Michael,

The examiner provided you a full set of documents for review on April 24, nearly a month ago. Your log of any that should be withheld was due May 8 per the court order. That day, the only communications you identified for withholding were with Stoyan Baumeyer.

At that time, the order required you and the examiner to release any documents that were not on the log. Before doing so, the examiner gave you the opportunity to confirm that he had identified the correct communications with Mr. Baumeyer. After several days of delay, on May 15, you identified for the first time an additional set of communications between Mr. Payne and his spouse and asked that they be withheld. The examiner confirmed he would withhold them despite the late identification.

On May 20, you asked the examiner to consider applying more restrictive parameters to continuous text message threads that contained one of the 31 agreed search terms within the court order's date range, in order to reduce the overall volume of surrounding messages. The examiner complied, providing a greatly reduced set of documents this morning and asking you to log any for withholding by COB on May 27.

At this point, I have not heard any claim that these remaining messages are privileged – only that a message that appears immediately before another that is responsive to search terms is irrelevant and sensitive. The court order left to the examiner the exact process for identifying materials that are "potentially responsive" before providing them to the parties. While I could ask the court to enforce the order and require everything produced that was not identified as privileged by May 8 (or today), I will make a final attempt at resolving this without court intervention by proposing the following:

The examiner releases to me the subset of documents he provided you today. I will hold these documents as attorneys' eyes only within my firm and will not share the documents with my client pending agreement or further order from the court. I will review them to see if you and I can agree on what should or should not be fully released. I'm not interested in

completely irrelevant documents, but without seeing them, I have to rely on the examiner's methodology. If we can agree on the final set for the examiner to release, the problem is solved. If we can't agree, we ask the judge to enforce the order and we present documents to her under seal as needed. If this is acceptable, please let me and the examiner know tomorrow so that I can start reviewing the documents and we can then confer on them early next week.

Separately, I understand the examiner provided you a report regarding his examination. You did not assert that the report is privileged. Please confirm the examiner can release a copy of it to me.

Finally, I don't appreciate Mr. Payne's remark that my client has Russian mafia ties. Mr. Payne had the opportunity to substantiate that claim at the arbitration and the tribunal found that there was "no credible evidence supporting" this "fals[e]" and "disparaging" accusation.

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Steve Payne <spayne@lindenstrategies.com>
**Sent:** Friday, May 22, 2026 5:32 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Michael Wynne <mwynne@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>
**Subject:** Re: [EXTERNAL] RE: Correspondence

External E-mail

**Literally the first message** was a message with the former Secretary of energy about a confidential nuclear fusion project that we are coordinating together add Texas A&M's nuclear science laboratories... I'm sure that the Department of energy would be delighted that your examiner felt that we should hand that over to Uzbek Nationals with alleged Russian Mafia ties

Regards,

<~WRD3502.jpg>

Stephen Payne
*President*
**Linden Strategies**
O: +1 713.783.7783 | M: +1 832.473.6700
lindenstrategies.com | spayne@lindenstrategies.com

On Fri, May 22, 2026, 5:15 PM Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

This sounds like a reasonable explanation and approach by the examiner.

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Friday, May 22, 2026 4:27 PM
**To:** Logan Somera <lsomera@lindenstrategies.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Michael Wynne <mwynne@gcfirm.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** Re: [EXTERNAL] RE: Correspondence

External E-mail

Logan,

The examiner determined based on his experience and generally accepted practice, balancing the need for context with avoidance of under/over inclusiveness among other considerations, to provide search term hits plus five messages before and five messages after each hit within a given thread. According to the examiner, this yielded a much lower number of overall communications produced relative to a date range-based approach. There is one exception to this where a broader portion of a communications thread with one specific individual was included because of the much higher number of search term hits within the referenced chain.

We are available anytime for further follow-up but otherwise would request that the review be completed, subject to privilege assertions, by this Wednesday, May 27th, COB.

Sent from my iPhone

On May 22, 2026, at 3:14 PM, Logan Somera <lsomera@lindenstrategies.com> wrote:

The **very first message** is a communication between Steve and Governor Perry regarding a Fusion energy project and a trip to A&M University on April 22, 2024. Ovik is not mentioned with Governor Perry until September 5th, 2024, 5 months after the attached message (this communication was produced so I do not mind mentioning). Should I even continue reading the other ~1k messages because clearly the new parameters discussed on Wednesday were not applied as a message from April 22 has absolutely no context with a message 5 months later.

This Fusion energy project is under consideration with the DOE, White House, and other federal government agencies and should not be applied in this case under the old or new parameters... this is exactly the type of confidential information we've repeatedly voiced our concern about being shared.

<Screenshot 2026-05-22 at 14.05.40.png>

Thank you,

<~WRD3502.jpg> Logan Somera
*Vice President of Project Development*
**Linden Strategies**

O: +1 713.783.7783 | M: +1 832.571.6091
700 Milam, Suite 1300
Houston, TX 77002
Lindenstrategies.com | Lsomera@lindenstrategies.com

On Fri, May 22, 2026 at 1:17 PM Heather Martinez <hmartinez@gcfirm.com> wrote:

Received.  Thank you, Andrew.

I'm downloading the materials now.

Heather M. Martínez

GREGOR | WYNNE | ARNEY, PLLC

(954) 249-2875

hmartinez@gwafirm.com

**From:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>
**Sent:** Friday, May 22, 2026 1:00 PM
**To:** Heather Martinez <hmartinez@gcfirm.com>; Abbate, Paul <Paul.Abbate@fticonsulting.com>; Ryan Hartman <Ryan.Hartman@arnoldporter.com>
**Cc:** Michael Wynne <mwynne@gcfirm.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

Hi Heather,

I'll share that with you separately.

**Andrew Grubb**

Director, Cybersecurity

**FTI Consulting**

T | +1 929.807.7927

Andrew.Grubb@fticonsulting.com

www.fticonsulting.com

**From:** Heather Martinez <hmartinez@gcfirm.com>
**Sent:** Friday, May 22, 2026 1:57 PM
**To:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Ryan Hartman <Ryan.Hartman@arnoldporter.com>
**Cc:** Michael Wynne <mwynne@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** RE: [EXTERNAL] RE: Correspondence

I can't seem to put my hands on the link – kindly share with me again.

Thank you.

Heather M. Martínez

GREGOR | WYNNE | ARNEY, PLLC

(954) 249-2875

hmartinez@gwafirm.com

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Friday, May 22, 2026 12:53 PM
**To:** Ryan Hartman <Ryan.Hartman@arnoldporter.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Michael Wynne <mwynne@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** Re: [EXTERNAL] RE: Correspondence

From this end, Andrew advised the updated results were sent via Box at approximately 11am today.

Sent from my iPhone

On May 22, 2026, at 1:22 PM, Hartman, Ryan <Ryan.Hartman@arnoldporter.com> wrote:

I am not on the Box email so I am confirming this has been sent and Michael/Heather received it?

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Friday, May 22, 2026 9:39 AM
**To:** Michael Wynne <mwynne@gcfirm.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** Correspondence

External E-mail

All,

The examiner has completed additional work based on our meeting Wednesday, resulting in a refined set of extracted communications totaling approximately 1,074. There are no new messages or content within this number - it is a subset of the originally produced thirteen thousand plus messages. An updated spreadsheet will be sent to counsel via Box at approximately 11am EST today.

Attorney Wynne,

Confirming again that messages involving Mr. Baumeyer, and separately, between Mr. Payne and his wife, have been removed previously, would request that any further assertions of privilege within the updated collection be made known by close of business on Wednesday, May 27th, so we can be in a position to release the balance, as appropriate, pursuant to the court order.

Thanks,

Paul

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Tuesday, May 19, 2026 7:49 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** RE: [EXTERNAL] Re: Correspondence.

Yes. The discussion would be productive tomorrow. Preferably before 4:00 p.m. CDT as an appointment just booked for 4:00 p.m.-4:45 p.m.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Tuesday, May 19, 2026 6:37 PM
**To:** Abbate, Paul <Paul.Abbate@fticonsulting.com>; Michael Wynne <mwynne@gcfirm.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** RE: [EXTERNAL] Re: Correspondence.

I am available between 1-5 pm ET too. Given that FTI has removed the identified communications between Mr. Payne and his spouse, and between Mr. Payne and Mr. Baumeyer, is there anything we actually need to discuss before FTI releases the remaining documents? We are now 11 days after the deadline for identifying documents to withhold and FTI has agreed to withhold the only documents that Respondents have identified.

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Tuesday, May 19, 2026 6:23 PM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** Re: [EXTERNAL] Re: Correspondence.

External E-mail

Tomorrow I could do anytime between 1 and 5pm.

Sent from my iPhone

On May 19, 2026, at 6:57 PM, Michael Wynne <mwynne@gcfirm.com> wrote:

Agreed. I invite Steve and Logan to be on that call in the interest of efficiency

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Tuesday, May 19, 2026 11:23 AM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Ryan Hartman <Ryan.Hartman@arnoldporter.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** Re: [EXTERNAL] Re: Correspondence.

The examiner advised that the items are in spreadsheet form and tabbed by item type. The texts are numbered within the tab and therefore identifiable. The messages between Mr.Payne and his wife have been filtered out and removed. The entire messaging thread was included initially because a search term hit within the thread and the thread fell between the date range in the court order. The examiner was careful not to look at the messages based on you and your client's request for sensitive handling. This is part of the process to identify and remove those items where privilege is asserted.

I recommend we get on a call to further discuss, if necessary, and complete.

Sent from my iPhone

On May 18, 2026, at 10:10 PM, Michael Wynne <mwynne@gcfirm.com> wrote:

Mr. Abbate,

If the examiner had stayed within the search terms, I do not understand why he would have returned a text about Mr. Payne's telling his wife he is stopping at a Walmart to take a shit, along with the poop emoji. To what search terms would that be responsive? Who knows what else is in there. Perhaps Mr. Payne only discussed bowel movements with his wife, but then again, he may have told others. If you had put identifying bates-numbers on these documents perhaps we could assist. I am not sure what the workable solution is now. A privilege log can be produced when the documents are identifiable. That is not the case here. Your work is not acceptable.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Abbate, Paul <Paul.Abbate@fticonsulting.com>
**Sent:** Monday, May 18, 2026 2:33 PM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>; Steve Payne <spayne@lindenstrategies.com>
**Subject:** RE: [EXTERNAL] Re: Correspondence.

Attorney Wynne,

As part of this process, the examiner returned communications threads that contain a search term and fall within the specifications of the court order, including the date range. This is a standard approach. The examiner also has taken an extremely conservative approach to viewing content, as agreed upon, restricting it to himself and even then only as necessary. We can filter out all spousal communications and also separately those with Mr. Baumeyer. If there are other items that are assessed to fall under privilege, please advise and those can be removed as well.

Thanks,

Paul

**From:** Steve Payne <spayne@lindenstrategies.com>
**Sent:** Monday, May 18, 2026 12:34 PM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Abbate, Paul <Paul.Abbate@fticonsulting.com>; Heather Martinez <hmartinez@gcfirm.com>; Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Brian Ettinger <brian@brianettinger.com>
**Subject:** [EXTERNAL] Re: Correspondence.

Michael I suggest you tell Mr Hartman and Paul that it's very simple... There are 13,000 text messages that they are including... It was correspondence between me and my wife and many other personal conversations...

It's really simple... They have 10 or so search terms involving this Uzbek case if any of the text messages out of the 13,000 don't include the words that they're searching for then they should be removed and I'm sure that of the 13,000 ...99% should be excluded because they don't include any of the search terms. This is just my personal opinion but this is for you and apartment and Paul to work it out but there seems to be a lot more that Paul has identified to turn over that has nothing to do with this case.

Regards,

<~WRD0003.jpg>

Stephen Payne
*President*
**Linden Strategies**
O: +1 713.783.7783 | M: +1 832.473.6700
lindenstrategies.com | spayne@lindenstrategies.com

On Mon, May 18, 2026, 11:11 AM Michael Wynne <mwynne@gcfirm.com> wrote:

No. We are not ready to proceed. I am working with Steve and Logan.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Monday, May 18, 2026 8:23 AM
**To:** Michael Wynne <mwynne@gcfirm.com>; Paul Abbate <Paul.Abbate@fticonsulting.com>
**Cc:** Heather Martinez <hmartinez@gcfirm.com>; Andrew Grubb <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** RE: Correspondence.

Good morning, Michael,

I am writing to confirm if this addresses your concern so that FTI can proceed.

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Friday, May 15, 2026 4:02 PM
**To:** Paul Abbate <Paul.Abbate@fticonsulting.com>
**Cc:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Heather Martinez <hmartinez@gcfirm.com>; Andrew Grubb <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** Re: Correspondence.

External E-mail

Let me discuss with Mr. Payne and circle back asap

Sent from my iPhone

On May 15, 2026, at 3:39 PM, Abbate, Paul <Paul.Abbate@fticonsulting.com> wrote:

Thank you Attorney Wynne and copy on all.

I've further discussed with Andrew and would propose the following:

1. With respect to messages between Mr. Payne and his wife, we can filter, isolate, and remove those as well. We would just need to confirm Mrs. Payne's telephone number to accomplish this.
2. With the messages between Mr. Payne and Mr. Baumeyer, in addition to the previously identified image by hash value, we believe the others can be identified as chat #'s 11819 through 12042, and would be removed for the privilege log also.

Let me know if this would be acceptable and otherwise corresponds to what your team is seeing, and if any questions.

Thanks,

Paul

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Friday, May 15, 2026 12:35 PM
**To:** Abbate, Paul <paul.abbate@fticonsulting.com>; Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Heather Martinez <hmartinez@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne (spayne@lindenstrategies.com) <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** [EXTERNAL] RE: Correspondence.

Mr. Abbate,

The one text you provided is a continuation of a conversation that appears to continue after that snippet (a text string) between Steve and Stoyan as his attorney. As there are no bates-numbers you provided, again we cannot create a traditional privilege log. So, again, it is our position that all communications between Steve and Stoyan are privileged.

Another matter: there are 13,500 texts as I understand it. Many of those for instance are between Steve and his wife and have absolutely nothing to do with the issues in any of the cases involving Ovik and Uktam. We object to their production outside of privilege because they are non-responsive. Paul, I will address at least one with you offline.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Abbate, Paul <paul.abbate@fticonsulting.com>
**Sent:** Friday, May 15, 2026 10:25 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Michael Wynne <mwynne@gcfirm.com>; Heather Martinez <hmartinez@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne (spayne@lindenstrategies.com) <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** RE: Correspondence.

Attorney Wynne,

Following up as well, we are in position and prepared to release the data and findings, less the material identified for the privilege log, to appropriate parties pursuant to the court order.

If there are any questions, our team is available at any time for follow-up.

Thanks,

Paul

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Friday, May 15, 2026 11:06 AM
**To:** Michael Wynne <mwynne@gcfirm.com>; Abbate, Paul <paul.abbate@fticonsulting.com>; Heather Martinez <hmartinez@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne (spayne@lindenstrategies.com) <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** [EXTERNAL] RE: Correspondence.

Michael,

I left a voicemail for you this morning and am checking back on this. The order, copied below, requires Respondents and the examiner to promptly release all documents over which Respondents did not claim privilege last Friday. It is now a week later. Please confirm that the examiner may send me all of the documents he has sent to you other than the one identified communication with Mr. Baumeyer.

"(6) Within 14 calendar days of this delivery, Respondents shall provide to the Examiner and Petitioner a privilege log for any Data over which Respondents assert privilege. The Examiner and Respondents shall then promptly release to Petitioner any Data and findings provided by the Examiner that are not listed on the log. Should there be any dispute over privilege, the parties may seek relief from the Court if they are unable to resolve the dispute."

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800
Houston, TX 77002
T: +1 713.576.2438
Ryan.Hartman@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Michael Wynne <mwynne@gcfirm.com>
**Sent:** Wednesday, May 13, 2026 5:04 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>; Abbate, Paul <paul.abbate@fticonsulting.com>; Heather Martinez <hmartinez@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne (spayne@lindenstrategies.com) <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** RE: Correspondence.

External E-mail

Ryan,

We are checking. I expect to be able to circle back with you tomorrow afternoon.

*Michael J. Wynne*

**GREGOR | WYNNE | ARNEY, PLLC**

4265 San Felipe Street, Ste. 700

Houston, Texas 77027

(281) 450-7403 – Cell

mwynne@gwafirm.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is

protected by the attorney-client privilege. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Wednesday, May 13, 2026 12:48 PM
**To:** Michael Wynne <mwynne@gcfirm.com>; Abbate, Paul <paul.abbate@fticonsulting.com>; Heather Martinez <hmartinez@gcfirm.com>
**Cc:** Grubb, Andrew <Andrew.Grubb@fticonsulting.com>; Logan Somera <lsomera@lindenstrategies.com>; Stephen Payne (spayne@lindenstrategies.com) <spayne@lindenstrategies.com>; brian@brianettinger.com
**Subject:** RE: Correspondence.

Michael,

To recap so we are all on the same page, under the Court's order, Respondents had 14 days (i.e., until Friday, May 8), to identify and log any documents over which you claim privilege. Your Friday letter identified communications with Stoyan Baumeyer, and in particular, what FTI understands to be a single document listed in Paul's email. If that understanding is correct, please let us know so that FTI can release the report and the remainder of the documents.

Ryan Hartman
Partner | Bio

<image001.png>

811 Main Street | Suite 1800

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

**Confidentiality Notice:**

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.