# Exhibit 10

THE AMERICAN ARBITRATION ASSOCIATION INTERNATIONAL
FOR DISPUTE RESOLUTION

IN THE MATTER OF NRCO ENGINEERING, S.A.,
Claimant,
v.
LINDEN ENERGY, LLC AND STEPHEN P. PAYNE, in his
individual capacity,
Respondents.

HEARING
December 19, 2025
Volume 4

HEARING taken in the above-styled and numbered cause on the 19th day of December, 2025, from 9:04 a.m. to 3:16 p.m., before Laurie Carlisle, Certified Shorthand Reporter in and for the State of Texas, reported by computerized machine shorthand at the offices of the Texas Justice Center, 4900 Fournace Street, Houston, Texas.

## APPEARANCES

**ARBITRATOR:**

Mr. Trey Bergman
E-mail: trey@bergmanadrgroup.com

**FOR CLAIMANT:**

Mr. Ryan P. Hartman
ARNOLD & PORTER KAY SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: 713.576.2438
E-mail: ryan.hartman@arnoldporter.com

Mr. Volodymyr Ponomarov
Ms. Sally Pei
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: 202.942.6138
E-mail: volodymyr.ponomarov@arnoldporter.com

**FOR RESPONDENTS:**

Mr. Michael J. Wynne
Mr. Gerald Bracht
Mr. Adam Weiss
Ms. Kim Ogg
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: 832.390.2644
E-mail: mwynne@gwafirm.com

Mr. Brian S. Ettinger
LAW OFFICE OF BRIAN ETTINGER
16360 Park Ten Place, Suite 115
Houston, Texas 77084
Telephone: 713.266.1112
E-mail: brian@brianettinger.com

## APPEARANCES

**ALSO PRESENT:**

Ms. Cathy Hodges
Ms. Heather Martinez
Mr. Stephen Payne

**INTERPRETERS:**

Ms. Gulnara Shipabietdinova
Ms. Lina Safar (via Zoom)
Ms. Liliya Robinson (via Zoom)

INDEX

STEPHEN PAYNE{FLUSH}
Continued Cross-Examination by Mr. Hartman ......470
Redirect Examination by Ms. Ogg .................540
Recross-Examination by Mr. Hartman ..............607
Redirect Examination by Ms. Ogg .................662
Questions from the Tribunal .....................664

contract. I sent money to them on that. We had a contract in Bulgaria with a refinery there. I received money from them on that.
Q. When was the Bulgaria contract?
MS. OGG: Objection, relevance.
Q. Let me ask a different question.
Was Mr. Baumeyer -- Stoyan Baumeyer in any way involved in that Bulgaria contract?
MS. OGG: Objection.
ARBITRATOR BERGMAN: If you could be -- that's a very specific question, and I can see where the connection is. I'm going to allow that question to be asked and answered. Overruled.
Q. Would you like me to re-read the question?
A. I think I understand, yeah.
Stoyan is -- Stoyan is a good friend of the president of Bulgaria and introduced me to him many, many times, and I've used Stoyan as a local consultant in Bulgaria from time to time.
Q. Are you currently using him, or have you -- have you used him in the last year as a local consultant in Bulgaria?

A. No.
Q. When is the last time you used him as a local consultant?
A. Probably about two years ago.
Q. How much did you pay him for that work?
A. I don't think that that's relevant here.
Q. You understand you've offered him as a witness in this case?
A. Yeah.
Q. How much have you paid Mr. --
A. Ask him.
Q. I'm asking you --
A. I don't know.
Q. Do you have any idea of the range?
MS. OGG: Repetitive.
ARBITRATOR BERGMAN: No. The question hasn't been answered yet.
A. I can't recall.
ARBITRATOR BERGMAN: The question has now been answered.
Q. How many different engagements have you worked on with Mr. Baumeyer in the last, say, three years?
A. Just a couple of things with Bulgaria.
Q. Couple? And you mentioned that there's

some connection between Mr. Baumeyer and this work with Straife as well?

A. No.

Q. You said you're doing some work with Straife in Bulgaria and that you're using Mr. Baumeyer as a local consultant on that work?

A. Yeah. But they're both subcontractors to me in Bulgaria working for a Bulgarian refinery.

Q. What's the nature of that contract?

MS. OGG: Objection, relevance.

ARBITRATOR BERGMAN: Counsel, respond?

MR. HARTMAN: He apparently has an ongoing substantial financial relationship with a witness in this case who he's offered, and I'd like to inquire into that for the witness' bias and credibility.

A. Years --

MS. OGG: Just a second. The question didn't go to the relationship, the payment or the existence of a contract. It asked about the purpose of --

MR. HARTMAN: If we could not whisper to the witness while he's on the stand, I

STATE OF TEXAS

COUNTY OF HARRIS

REPORTER'S CERTIFICATE

HEARING VOLUME 4

December 19, 2025

I, the undersigned Certified Shorthand Reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 2nd day of January, 2026.

Laurie Carlisle, CSR
TX CSR 2205 Exp 2/28/26
Firm No. 395
CARLISLE REPORTING