**AFFIDAVIT OF STEPHEN P. PAYNE, SR.**
**IN RESPONSE TO THE COURT'S SEPTEMBER 30, 2026 ORDER (ECF 58)**

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

Before me, the undersigned notary public, on this day personally appeared Stephen P. Payne, Sr., who, being by me duly sworn, deposed and stated as follows:

**1.** My name is Stephen P. Payne, Sr. I am over eighteen years of age, of sound mind, and competent to make this Affidavit. I have personal knowledge of the facts stated in this Affidavit, and they are true and correct.

**2.** I am a Respondent in this proceeding. I am also the authorized representative of Linden Strategies, LLC; Linden Energy, LLC; Linden Energy Holdings, Inc.; and American LNG Services, LLC (together with me, "Respondents"). I am authorized to make this Affidavit on behalf of each entity Respondent.

**3.** I make this Affidavit in response to the Court's September 30, 2026 Order Denying Without Prejudice Respondents' Motion for Extension of Time to Satisfy Monetary Obligations (ECF 58). That Order requires sworn evidence specific to each Respondent addressing: (1) current financial condition, including total cash and liquid assets in accounts at any financial institution or on hand; (2) diligent efforts to obtain funds to satisfy the Court's September 18, 2026 Order (ECF 52); (3) ability to make a partial payment by September 30, 2026; and (4) anticipated source and timing of additional funds.

**4.** I have reviewed the September 18, 2026 Order (ECF 52). The monetary obligation imposed by that Order is $48,563.00.

## I. CURRENT FINANCIAL CONDITION OF EACH RESPONDENT

**5.** On September 30, 2026, I reviewed the current online banking records for every deposit account still maintained by me or by an entity I control. Those accounts are held at Wells Fargo Bank. True and correct screenshots of those records, captured on September 30, 2026 at 11:29 a.m., are attached as Exhibits 1 through 4. I have no material cash on hand apart from the account balances stated below.

***Stephen P. Payne, Sr. (individually)***

**6.** My only personal deposit account is the Wells Fargo Bank account styled "SPP Personal / Payne S Everyday Checking," ending in 9830. As of September 30, 2026, the available balance in that account is $274.04. A true and correct screenshot is attached as Exhibit 1.

| Account | Institution | Available balance |
|---|---|---|
| SPP Personal / Everyday Checking …9830 | Wells Fargo Bank | $274.04 |
| Cash on hand | — | $0.00 |
| **Total — Stephen P. Payne, Sr.** | | **$274.04** |

***American LNG Services, LLC***

**7.** American LNG Services, LLC maintains an Wells Fargo Bank business checking account styled "ALNG Checking," ending in 4662. As of September 30, 2026, the available balance in that account is $7.73. A true and correct screenshot is attached as Exhibit 2. Recent activity in that account includes ordinary-course card payments and a $200.00 transfer from my personal Everyday Checking account on September 29, 2026.

| Account | Institution | Available balance |
|---|---|---|
| ALNG Checking …4662 | Wells Fargo Bank | $7.73 |
| **Total — American LNG Services, LLC** | | **$7.73** |

***Linden Strategies, LLC***

**8.** Linden Strategies, LLC maintains an Wells Fargo Bank business account ending in 7110. As of September 30, 2026, the available balance in that account is $8.30. A true and correct screenshot is attached as Exhibit 3. A $15.00 transfer from my personal Everyday Checking account into the Linden Strategies account was pending on September 30, 2026.

| Account | Institution | Available balance |
|---|---|---|
| Linden Strategies …7110 | Wells Fargo Bank | $8.30 |
| **Total — Linden Strategies, LLC** | | **$8.30** |

***Linden Energy, LLC and Linden Energy Holdings, Inc.***

**9.** Linden Energy, LLC and Linden Energy Holdings, Inc. do not currently maintain an account at any financial institution. Those entities no longer have a bank account of any kind. There is therefore no cash or liquid asset of either entity "in accounts at any financial institution or on hand." Linden Energy, LLC is defunct for practical purposes and has no operating funds with which to satisfy the September 18 Order.

***Related non-respondent account reviewed***

**10.** In the same review I also examined the Wells Fargo Bank account of Linden Government Solutions (styled "Linden Govt Sols"), ending in 0350. That entity is *not* a Respondent in this proceeding. As of September 30, 2026, the available balance in that account is $0.01. A true and correct screenshot is attached as Exhibit 4. Recent activity in that account consists of $15.00 monthly service fees funded by small transfers from Linden Strategies, LLC. I do not offer the Linden Government Solutions balance as funds of a Respondent. The payment plan described below is funded by a client loan to me and by Linden Strategies, LLC receivables.

**11.** The total cash and liquid assets of the five named Respondents as of September 30, 2026, is $290.07, as follows:

| **Respondent** | **Cash and liquid assets** |
|---|---|
| Stephen P. Payne, Sr. | $274.04 |
| American LNG Services, LLC | $7.73 |
| Linden Strategies, LLC | $8.30 |
| Linden Energy, LLC | $0.00 (no account) |
| Linden Energy Holdings, Inc. | $0.00 (no account) |
| **Total — named Respondents** | **$290.07** |

**12.** Apart from the $290.07 shown above, my only asset of material value is my personal residence. I have no other liquid investment account, brokerage account, or similar holding available to satisfy the September 18 Order on the timetable set by that Order.

## II. DILIGENT EFFORTS TO OBTAIN FUNDS

**13.** After the Court entered the September 18, 2026, Order, I undertook the following efforts to obtain funds sufficient to pay the $48,563.00 obligation in the time allowed:

**a.** I reviewed every deposit account still maintained by me or by any Respondent entity, which is the review described in paragraphs 5 through 12 and documented in Exhibits 1 through 4.

**b.** I requested loans from several business partners and from potential lenders. None of those partners or potential lenders was able to provide the funds needed to pay the full $48,563.00 within the time set by the September 18 Order.

**c.** I explored mortgaging or otherwise encumbering my personal residence, which is the only asset of material value that I own. I was not able to close a mortgage or home-equity loan in time to satisfy the September 18 deadline. A residential mortgage or home-equity transaction could not be originated, underwritten, and funded in time.

**d.** I did obtain a short-term loan from an existing client in the amount of $16,188.00, which is available to be paid today, September 30, 2026, as described in paragraph 16. That loan is not

reflected in the Wells Fargo Bank balances in Exhibits 1 through 4 because those screenshots show the accounts before the loan proceeds are applied to the Court's Order.

**14.** I have not transferred cash or other liquid assets to an insider, family member, or affiliated person for the purpose of avoiding the September 18 Order. The small transfers visible on Exhibits 1 through 4 — including a $15.00 transfer from my personal account to Linden Strategies, LLC and a $200.00 transfer from my personal account to American LNG Services, LLC — were ordinary-course movements to cover operating items and bank fees, not an effort to conceal funds. The reason the full $48,563.00 was not paid by the original deadline is that the cash on hand ($290.07) and the financing I could obtain in that period were not sufficient to pay the Order in full.

## III. ABILITY TO MAKE A PARTIAL PAYMENT BY SEPTEMBER 30, 2026

**15.** Respondents cannot pay the full $48,563.00 today from cash on hand. The named Respondents collectively hold $290.07 in deposit accounts. I can, however, make a partial payment today from a client loan.

**16.** Today, September 30, 2026, I am able to pay $16,188.00, which is one-third of the $48,563.00 due under the September 18 Order. That $16,188.00 is the proceeds of a loan from one of our clients. I will cause that amount to be delivered to Petitioner, through Petitioner's counsel, upon the Court's direction or immediately in partial satisfaction of ECF 52.

**17.** The remaining balance after that partial payment is $32,375.00.

## IV. ANTICIPATED SOURCE AND TIMING OF ADDITIONAL FUNDS

**18.** Linden Strategies, LLC has monthly clients that pay on net-15 terms each month. Those monthly client payments total $55,000.00.

**19.** Those $55,000.00 in Linden Strategies, LLC receivables are sufficient to cover the remaining $32,375.00. I anticipate that those payments will be received in the ordinary net-15 cycle and that the remaining $32,375.00 can be paid on or before October 15, 2026.

**20.** I therefore respectfully request that the Court accept the $16,188.00 partial payment being tendered on September 30, 2026, and extend the deadline to pay the remaining $32,375.00 to October 15, 2026.

**21.** If the Linden Strategies, LLC client payments have not been received in time to pay the remaining $32,375.00 by October 15, 2026, I will cause a status report to be filed immediately identifying the amounts collected and the additional steps being taken.

## V. CONCLUSION

**22.** I am not asking the Court to set aside the September 18 Order. I am asking for a short, defined period — through October 15, 2026 — to finish paying the $48,563.00, after paying one-third of that amount today from a client loan. The Wells Fargo Bank records attached as Exhibits 1 through 4 show why the full amount cannot be paid from cash on hand today.

**23.** I have read this Affidavit. The facts stated in it are within my personal knowledge and are true and correct.

Further Affiant sayeth not.

______________________________________
Stephen P. Payne, Sr.
Individually and as authorized representative of
Linden Strategies, LLC; Linden Energy, LLC;
Linden Energy Holdings, Inc.; and
American LNG Services, LLC

## SWORN ACKNOWLEDGMENT

SUBSCRIBED AND SWORN TO before me on this 30th day of September, 2026, by Stephen P. Payne, Sr., who is personally known to me or who produced Driver License as identification.

Notary Public, State of Texas
My commission expires: June 28, 2029

MARIO GEORGE WALKER
Notary ID #131194018
My Commission Expires
June 28, 2029

**EXHIBIT 1**

**Wells Fargo Bank — SPP Personal / Everyday Checking …9830**

*Stephen P. Payne, Sr. | Available balance $274.04 | September 30, 2026*

< Need help? Sign off

SPP Personal ...9830

$274.04

Available balance

Account & routing numbers >

Overview | Manage | Routing & balance info

Transactions

Search Filter

| | |
|---|---|
| 09/30/2026<br>ONLINE TRANSFER TO LINDEN STRATEGIES, LLC BUSIN | **$15.00**<br>Pending |
| 09/29/2026<br>ONLINE TRANSFER REF #IB03FKZV3D TO SIGNIFY BUSINESS ESSENTIAL CARD XXXXXXXXXXXX3486 ON 09/29/26 | **$54.36** |
| 09/29/2026<br>ONLINE TRANSFER REF #IB03FKZJ6Y TO SIGNIFY BUSINESS ESSENTIAL CARD XXXXXXXXXXXX4205 ON 09/29/26 | **$55.99** |

Accounts | Deposit | Pay & Transfer | Explore | Menu

# EXHIBIT 2

## Wells Fargo Bank — ALNG Checking ...4662

*American LNG Services, LLC | Available balance $7.73 | September 30, 2026*

Need help? Sign off

ALNG Checking ...4662

**$7.73**

Available balance

Account & routing numbers ›

Overview | Manage | Routing & balance info

Transactions

Search Filter

| | |
|---|---|
| 09/29/2026<br>CHASE CREDIT CRD AUTOPAY 260927 000000000048234 PAYNE STEPHEN | $246.00 |
| 09/29/2026<br>ONLINE TRANSFER FROM PAYNE S EVERYDAY CHECKING XXXXXX9830 REF #IB03FKBX6P ON 09/29/26 | +$200.00 |
| 09/28/2026<br>AMZ_STORECRD_PMT PAYMENT SEP 28 604578115216830 PAYNE,STEPHEN | $312.00 |

Accounts Deposit Pay & Transfer Explore Menu

# EXHIBIT 3

## Wells Fargo Bank — Linden Strategies …7110

*Linden Strategies, LLC | Available balance $8.30 | September 30, 2026*

Need help? Sign off

Linden Strategies ...7110

**$8.30**

Available balance

Account & routing numbers ›

Overview | Manage | Routing & balance info

Transactions

Search Filter

| | |
|---|---|
| 09/30/2026<br>ONLINE TRANSFER FROM PAYNE S EVERYDAY CHECKING | +$15.00<br>Pending |
| 09/29/2026<br>PAYPAL PURCHASE 260929 GOOGLE FLOWGAME STEPHEN PAYNE | $59.53 |
| 09/28/2026<br>PAYPAL PURCHASE 260927 GOOGLE ZYNGA IN STEPHEN PAYNE | $5.40 |
| 09/28/2026<br>ONLINE TRANSFER TO AMERICAN LNG SERVICES LLC BUSINESS | $325.00 |

Accounts Deposit Pay & Transfer Explore Menu

# EXHIBIT 4

## Wells Fargo Bank — Linden Govt Sols …0350

*Linden Government Solutions (non-respondent) | Available balance $0.01 | September 30, 2026*

Need help? Sign off

Linden Govt Sols ...0350

**$0.01**

Available balance

Account & routing numbers >

Overview | Manage | Routing & balance info

Transactions    Search  Filter

| Date / Description | Amount |
| --- | --- |
| 09/01/2026<br>ONLINE TRANSFER FROM LINDEN STRATEGIES, LLC BUSINESS CHECKING XXXXXX7110 REF #IB0329N778 ON 09/01/26 | +$15.00 |
| 08/31/2026<br>MONTHLY SERVICE FEE | $15.00 |
| 08/03/2026<br>ONLINE TRANSFER FROM LINDEN STRATEGIES, LLC BUSINESS CHECKING XXXXXX7110 REF #IB0Z6FD6NG ON 08/01/26 | +$15.00 |
| 07/31/2026 | |

Accounts  Deposit  Pay & Transfer  Explore  Menu

Need help? Sign off

# Wire submitted

## $16,188.00

You submitted your wire on 09/30/2026 at 12:24 pm Pacific Time.

| | |
|---|---|
| Status | Pending |
| To | Arnold and Porter etal<br>United States |
| From | Linden Strategies ...7110 |
| Send on | 09/30/2026<br>Cutoff time: 4:30 pm PT |
| Deliver by | 09/30/2026 |
| Amount | $16,188.00 |
| Wire transfer | $30.00 |

Send another Done